**RECEIVED**

SEP 0 5 2003

MICHAEL R. MERZ
U.S. MAGISTRATE JUDGE

Mr. C. H. Jones Jr
#339-441 #2-House 2050
P.O. Box 788
Mansfield, Ohio 44901

Magistrate Judge Michael R Merz
United States District Court
Federal Building Room #902
200 West Second Street
Dayton, Ohio 45402-1430

Case No # C-1-01-564

Dear Honorable Judge Merz

On July 1, 2003 I address a Pro-Se Motion to the Court in a letter form. Asking this Honorable Court to Re-consider my Pro-Se Motion to the court on 11/20/02 For a court order requesting said counsel Mr. James W. Owen, Mr Gregory W. Meyers to fulfill their legal obligations as my attorneys.

#A, To open a line of communication with me &; to share with me any &; all decisions made upon my behalf as their client before this Honorable Court.

#B, I ask this Honorable Court within that same Pro-se motion on 11/20/02 if the court find inappropriate to intervene. I am requesting that Mr. James W. Owen, Mr Gregory W. Meyers be removed from representing me in Federal Court. On the grounds of a total lack of communication on their part between client & counsel before this Honorable Court.

Case # C-1-01-564

#2,

On 2/11/03 Honorable Judge Meeg denied my Pro-Se Motion for A Court Order.

Stating in part, It is entirely inappropriate for this court to intervene in the relationship between a Attorney & client.

As of today September 2, 2003 this Honorable Court has not yet rule on the said to consider Pro-Se Motion before the court, Or at least I haven't been notify of the courts decisions.

Again I submitted to this Honorable Court today 9/2/03 I have a really big problem with present counsel Mr. Owen, Mr Meyers &, their total lack of communication "For the last 8½ months Mr Owen, Mr Meyers have refused to on some level to respond to my letters or inform me as to what directions & manner my case is being litigated before the court." Either by U.S. Mail or by visiting with me & explaining what is being done.

I truly believe I am not asking for alot. from either attorney or this Honorable Court. At this time I do not feel comfortable or believe Mr Owen, Mr Meyers represent my best interest.

Sincerely
Elwood H Jones Jr.