# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

    Petitioner,

  -vs-

MARGARET BAGLEY, Warden,

    Respondent.

:

:

:

Case No. C-1-01-564

District Judge Herman Jacob Weber
Magistrate Judge Michael R. Merz

---

## NOTICE OF STATUS CONFERENCE

---

A status conference in this case is hereby set for **Thursday, February 12, 2004, at 3:30 p.m.** The parties are directed to appear in person in Room 902, Ninth Floor, Federal Building, 200 West Second Street, Dayton, Ohio, before Magistrate Judge Michael R. Merz.

If this setting conflicts with a previously set matter in another court of record, counsel with the conflict may obtain a continuance on motion including dates on which all counsel will be available.

January 23, 2004.

                                                    s/ **Michael R. Merz**
                                                  United States Magistrate Judge

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

**www.ohsd.uscourts.gov**

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.