# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

    Petitioner,

  -vs-

MARGARET BAGLEY, Warden,

    Respondent.

:

:

:

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER REOPENING DISCOVERY AND SETTING DEADLINE FOR MOTION FOR EVIDENTIARY HEARING

On oral motion of the Petitioner, made during a conference call on February 24, 2004, with the consent of the Respondent, and for good cause shown, discovery herein is reopened for the specific and limited purpose of permitting Petitioner to depose the two prosecutors who tried this case and his trial counsel. All such depositions shall be completed not later than June 30, 2004. Not later than the same date, Petitioner shall file his motion for evidentiary hearing.

February 24, 2004.

                                                                           s/ **Michael R. Merz**
                                                                          United States Magistrate Judge