Mr. Elwood H. Jones Jr.
339-441 #2-Hse 2050
P.O. Box 788
Mansfield, Ohio 44901

7/7/04

Michael R. Merz
United States Magistrate Judge
Dayton, Ohio 45402

~ Cover Letter ~
Case No #1-01-564

Dear Honorable Judge Merz,

I just received a copy of 3/Aaden Bagley & said counsel Meyers position on the said Affidavit 2-6-04 before this court on July 7, 2004 by U.S. Mail.

First, I would like to respond to 3/Aaden Bagley &, said counsel "position" taken in a said Pro-se Motion. Attached for the court & review.

Second, I ask this Honorable Court to accept Elwood H. Jones Jr withdraw of the said Affidavit 2-6-04 before this court as of July 7, 2004 in the same attached Motion.... Here in for the "Court-Records"

I pray that this Honorable Court move & "Resolve" this matter in the said Healing mention in true letter June 18, 2004 & said counsel address to me.

Sincerely
Elwood H. Jones Jr.