EXHIBIT

**A-1**  **13**

## EMPLOYEE PROFILES AND INTERVIEWS

Shaded indicates working at time of offense

| NAME | ADDRESS | POSITION | RATE OF PAY/EMPLOY | CRIMINAL HISTORY | TIME IN | TIME OUT | KEY ACCESS | ALARM | AUTHORIZED BY | POLICY | 1ST INTERV. BY | 2ND INTERV. BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthony Doyle 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 11-23-67 "Big Tony" | 18 Redwood Ct. #156, Cleve, Ohio 861-4523 | Houseperson | 8-31-94 | Trafficing in Drugs; Drug Abuse; Felonious Assault; Disorderly Conduct | 9-3-94 22:57 | 9-3-94 07:27 | Yes | | | 9-8-94 | Stokes Lilley | |
| Larry M. Espe 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 B1-51 | 5428 Summerhill Ct., Cinti, Ohio 242-8186 | Houseperson | 6-10-93 | Passing Bad Checks; Falsification; Misuse Credit Card, Theft, Complicity by Theft | 9-3-94 22:26 | 9-3-94 07:00 | Yes | | | 9-8-94 | Stokes Harting | 9-11-94 |
| Emma Walker 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 12-8-18 | 300 42nd Street #311, Cinti, Ohio | Houseperson | 8-1-3-94 | None located RCIC | 9-3-94 23:57 | 9-3-94 07:27 | | | | 9-7-94 | Stokes | |
| Gayle Ball 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 3-28-47 | 4128 Hamilton Ave. #11, Cinti, Ohio | Night Auditor | 9-5-89 | None located RCIC | 9-3-94 23:56 | 9-3-94 07:27 | | | | 9-7-94 | Stokes | |
| Pete Chrisngo 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 8-13-32 | 621 Essex Road, Detroit, Ohio | Night Auditor | 6-29-92 | None located RCIC | 9-7-94 23:28 | 9-3-94 07:27 | Yes | Gayle Ball | | 9-23-94 | Stokes | |
| Dave C. Klurse 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 4-17-45 | | Restaurant Supervisor | | None located RCIC | 9-3-94 09:30 | | | | | 9-6-94 | Stokes | |
| Carl Luckey 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 12-7-42 "Little Tony" | 2701 Nottingham Dr., Cinti, Ohio | Houseperson | | Tampering with Records; Theft, Agg Robbery; CCW; Disorderly Conduct | 9-3-94 23:00 | 9-3-94 06:00 | | | | 9-6-94 | Stokes Lilley | |
| Riley Harris 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 3-27-66 | | Security | | None located RCIC | Off | Off | Yes | Mary Doyle | Yes | 9-23-94 | Stokes | |
| Louise J. Creamer 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 11-17-53 | 247 Larrabee Ave, Cinti, Ohio | State Keeper | | Probation Violation; Passing Bad Checks | 9-3-94 08:58 | | | | | 9-7-94 | Stokes | |
| Angela M. Early 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 3-5-62 "Black Angel" | 3373 Irving St., Cinti, Ohio | State Keeper | 12-3-93 | Passing Bad Checks | 9-3-94 07:03 | Yes | Yes | Gayle Ball | | 9-11-94 | Stokes Harting | |
| Carl L. Nelson 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 11-16-68 | 10 Forest Ave, Cinti, Ohio | Inspector | | Theft | 9-3-94 09:06 | | | | | 9-7-94 | Stokes | |
| James B. Phillips 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 4-5-72 | 7500 Northland Blvd., Cinti, Ohio | Houseperson | | None located RCIC | 9-3-94 09:01 | | | | | | | |
| Destiny Reynolds 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 6-4-58 | 904 Mohawk Trail #10, Milford, Ohio | Laundry | | None located RCIC | 9-3-94 07:57 | | | | | 9-7-94 | Stokes | |
| Joel M. Robinson 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 9-12-73 | 2024 Freemont Ave, Cinti, Ohio | State Keeper | | Juvenile Runaway; Theft | 9-3-94 08:43 | | | | Yes | | | |
| Joseph M. Turner 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 1-28-66 | 5608 Gardenhill Ln., Cinti, Ohio | State Keeper | | Disorderly Conduct | 9-3-94 08:35 | | | | | | | |
| Roselyn M. Turner 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 4-5-39 | 1555 Ledger St., Cinti, Ohio | State Keeper | | Falsification; Theft | 9-3-94 09:01 | | | | Yes | Vickie Taylor | | |
| Eloise H. Ackerman 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 4-8-73 | 1701 Collingwood Ct, Cinti, Ohio | Front Desk Clerk | 9-6-93 | None located RCIC | 9-3-94 06:40 | | | | | 9-13-93 | Bryant | |

Here we have 32 other Emelroy Suites employed with Criminal records. Some with Copies. But do these attest. That the Blue Ash Police didn't think it was important to take the person into custody. Once learning of this. As well some of these employees had violence Criminal Record. This mind o. This information was important to my defense I should have been turned over to my lawyer.

~ one ~

= A-1

F1...508578   #   1                                    0001480

**A-1**

## EMBASSY SUITES HOTEL
### EMPLOYEE PROFILES AND INTERVIEWS

Shading indicates marking at time of offense

| NAME | ADDRESS | POSITION | DATE OF EMPLOY | CRIMINAL HISTORY | TIME IN | TIME OUT | MGT ATTEND | AUDIT | ADMINISTERED BY | POLY GRAPH | 1ST INTERV | INTERV BY | 2ND INTERV | INTERV BY | 3RD INTERV | INTERV BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Velma N. Taylor 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 6-16-54 | 1636 Freeman Ave., Cinti, Ohio | Front Desk Clerk | 8-31-92 | Passing Bad Checks; City Ordinance Violation | 9-3-94 07:13 | | | Yes | Greg Henry | | | | | | | |
| Marvin Ferguson 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 6-30-67 | 5423 Holland Dr., Cinti., Ohio | Breakfast Cook | 2-8-89 | None located RCIC | 9-3-94 04:59 | | | Yes | Jesse Wallace Maree Reid | Yes | 9-3-94 | Stokes | | | 9-15-94 | Stokes Lilley |
| Eddwar Maretti 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 5-11-53 | 609 Park Ave., Cinti, Ohio | Comp. Breakfast Host | 5-12-92 | Theft | 9-3-94 04:30 | | | Yes | Henry Williams | | 9-3-94 | | Ladd | 9-23-94 5-11-95 | Stokes Lilley |
| Sharon Mobley 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 2-4-47 | 431 Dew Drop Cir., Forest Park, Ohio 742-3356 | Comp. Breakfast Host | 3-30-91 | None located RCIC | 9-3-94 04:57 | | | Yes | Ryan Norman Demetrius William | | 9-3-94 | | Ladd | 9-23-94 5-11-95 | Boyat |
| Demetrius Williams 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 4-5-79 | 1976 Baltimore Ct., Cinti, Ohio 242-2212 | Comp. Breakfast Host | 4-16-94 | None located RCIC | 9-3-94 04:33 | | | Yes | Sharon Mobley | | 9-3-94 | | Ladd | 3-15-95 | Boyat |
| Michael Hugulie 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 3-25-59 | 6936 Riverview Ave., Cinti, Ohio 791-4743 | Engineer | 5-23-94 | Disorderly Conduct | 9-3-94 06:30 | | | Yes | Greg Henry | | 9-3-94 | Stokes | | | 9-23-94 | |
| Greg Henry 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 5-28-66 | 6204 Elmview Pl., Cinti, Ohio 398-5643 | Engineer | 11-12-90 | NCR | 9-3-94 06:30 | | | Yes | Charles O'Union Michael Hugulie | | 9-13-94 | Boyat Huslng | | 9-23-94 | Stokes |
| Charles R. O'Union 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 7-17-58 | 3917 E. Galenwood Ln., #7, Cinti, Ohio 984-1448 | Engineer | 9-18-92 | Theft; Open Hask | 9-3-94 06:47 | | | Yes | Greg Henry Art Armacost | | 9-23-94 | Stokes | | 9-3-94 | Stokes Lilley |
| Donnell H. "Dutch" Jones | | Banquet Room Setup | 7-20-92 | City Ord. Violations; Theft; Assault; RSP; DUI; Agg. Burglary; Domestic Violence; DUE | 9-3-94 04:51 | | | No | | Refused | 9-3-94 | | Ladd | 9-15-94 | Stokes Lilley |
| Homer McWilliams 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 11-16-56 | 3663 Kirby Rd., Cinti, Ohio 661-8240 | Dishwasher | 8-23-94 | NCR; Trafficking in Drugs; Felony Drug Abuse | 9-3-94 06:51 | | | Yes | Jesse Wallace | | 9-15-94 | Lilley | | | | |
| Maree R. Reid 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 6-15-54 | 4773 Dew Drop Cir. II, Cinti, Ohio 825-4714 | Cook | 11-23-93 | None located RCIC | 9-3-94 06:53 | | | Yes | Jesse Wallace | | 9-15-94 | Boyat | | | | |
| Jesse A. Wallace 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 8-30-55 | 4024 Erie Como, Cinti, Ohio 561-7019 | Um Low Cook | 3-19-93 | Theft; Assault; Passing Bad Checks, DUI | 9-1-94 03:52 | | | Yes | Maree Reid | | 9-3-94 9-13-94 | Ladd Boyat | | 9-23-94 | Stokes |
| Henry Williams 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 12-23-40 | 391 Ashburn Rd. II, Forest Park, Ohio 825-4203 | Dishwasher | 3-6-89 | None located RCIC | 9-1-94 04:33 | | | Yes | Sharon Mobley | | 9-14-94 | Boyat | | 9-23-94 | Stokes |
| Art Armacost 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 3-12-35 | 419 E. Broadway St., Owensville, Ohio | Chief Engineer | 6-16-94 | None located RCIC | 9-3-94 01:00 | | | Yes | Charles O'Union Greg Henry | | 9-9-94 | Stokes Husing | | 9-12-94 9-23-94 | Boyat Stokes |
| Randy Hughes 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 7-5-56 | 365 Ingram Rd., Cinti, Ohio 742-0779 | Chef | 10-8-91 | None located RCIC | 9-3-94 09:00 | | | | | | | | | | | |
| Ursula Wallace 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 10-23-53 | 4911 Freecrest Ave., River side, Ohio 891-4904 | Executive Housekeeper | 2-16-90 | Theft | 9-3-94 08:00 | | | Yes | | | 9-3-94 | Stokes | | 9-15-94 | Boyat |
| Susan Firmed 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 10-23-53 | 7600 Mayfield Ave., Madeira, Ohio 984-8333 | Un Duty Manager | 9-25-93 | None located RCIC | 9-1-94 08:00 | | | Yes | | | 9-3-94 | Stokes | | 3-8-93 | Lilley |
| Ryan Norman 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 5-29-76 | 4032 Erie Ct., Cinti, Ohio 271-6866 | Comp. Brea/kfast Host | | None located RCIC | 9-3-94 02:00 | | | Yes | Sharon Mobley Demetrius Henry | | 9-3-94 | | Ladd | 9-3-94 | Lilley 3-8-95 |

(Handwritten notes, bottom of page:)

Excluding #1 more names of employees that is do not showing as Embassy Suites Hotel Employees with Criminal Records

#3/Walter T Baclay #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, 35 Sambut Bolts #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

#36 Robert A. Posey #37, Warchs, 6 Emplees #38 Mass Poy tin

A-2

# EMBASSY SUITES HOTEL
## EMPLOYEE PROFILES AND INTERVIEWS

Shading indicates working at time of offense

| NAME | ADDRESS | POSITION | DATES OF EMPLOY | CRIMINAL HISTORY | TIME IN | TIME OUT | KEY ACCESS | ALIBI | ALIBI VERIFIED BY | POLY-GRAPH | 1ST INTERV. | INTERV. BY | 2ND INTERV. | INTERV. BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Randy Hughes 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 7-2-56 | 385 Ingram Rd., Cinti, Ohio 7-20-79 | Chief | 10-8-91 | None located RCIC | 9-3-94 09:00 | | | | | | | | | |
| Brenda Wallace 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 10-23-53 | 4911 Prospect Ave., Blue Ash, OH. 891-4104 | Executive Housekeeper | 2-26-90 | Theft | 9-3-94 08:00 | | Yes | | | | | | | |
| Susan Friend 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 10-23-53 | 7000 Mayfield Ave, Madeira, Oh. 984-8353 | On Duty Manager | 9-28-93 | None located RCIC | 9-3-94 08:00 | | Yes | | | | 9-7-94 | Stokes | 5-8-95 | Lilley |
| Ryan Norman 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 5-22-76 | 4022 Erie Cir., Cinti., Ohio 271-8666 | Comp. Breakfast Bus | | None located RCIC | 9-3-94 05:00 | | Yes | | | | 9-3-94 | Ladd | 5-8-95 | Boyatt |
| Michael McDowell 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 5-25-60 | 3917 Galewood Ln., Cinti., Ohio | Outside Contractor | N/A | Domestic Violence; DC; NCR; Open Flask; PBC; Assault | 9-3-94 01:00 | 9-3-94 04:30 | No | | | | | | | |
| Valerie Alford 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 4-18-53 | 701 Edgecomb Dr #10, Milford, Ohio 7974 SR128, Camp Dennison, Ohio | Suite Keeper | | | 9-3-94 08:54 | | | | | | | | | |
| Robin S. Brown 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 2-15-62 | 920 Burton St., Cinti., Ohio | Suite Keeper | | Passing Bad Checks; Theft | 9-3-94 08:55 | | | | | | | | | |
| Tina L. Blevins 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 11-30-64 | 2705 Hackberry St., Cinti., Ohio | Suite Keeper | | Torture-Abuse of a Child | 9-3-94 08:55 | | Yes | Simon McKinley Demetrius Henry Wife | | | 9-8-94 | Stokes Haring | | |
| Stephanie Brown 271-701-1457 7-8-64 | 1720 Pleasant St., Cinti., Ohio | Housekeeping | | Open Flask; Child Neglect | 9-3-94 09:00 | | | | | | | | | |
| Rita D. Burdine 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 7-12-55 | 121 Widgeo St., Cinti., Ohio | Suite Keeper | | DC; Theft; Soliciting Prostitution; Resisting Arrest; NCR; Forgery | 9-3-94 08:55 | | | | | | | | | |
| Frances Cornith 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 7-26-69 | 2051 Snowhill Dr, #3, Cinti., Ohio | Inspector | | Fabrication | 9-3-94 09:06 | | | | | | | | | |
| George Baggett, Jr 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 8-18-51 | 201 Edgecomb Dr, #10, Milford, Ohio | Accounting Clerk | | None located RCIC | 9-3-94 09:08 | | | | | | | | | |
| Patricia Hanney 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 7-16-62 | 5230 Charloe St., Cinti., Ohio | Suite Keeper | | Open Flask | 9-3-94 09:07 | | | | | | | | | |
| Dania Harris 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 10-18-66 | 1521 Baymiller Wk., Cinti., Ohio | Suite Keeper | | Theft | 9-3-94 08:55 | | | | | | | | | |
| Dorothy Johnson 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 4-5-59 | 3362 Reading Rd., Cinti., Ohio | Suite Keeper | | Theft | 9-3-94 09:03 | | | | | | | | | |
| Stephanie St. Clair 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 6-19-59 | 4123 Fergus St., Cinti., Ohio | Suite Keeper | | Felonious Assault | 9-3-94 08:57 | | | | | | | | | |



A-2

A-2    A-2

## EMBASSY SUITES HOTEL
### EMPLOYEE PROFILES AND INTERVIEWS

Shading indicates working at time of offense

| NAME | ADDRESS | POSITION | DATES OF EMPLOY | CRIMINAL HISTORY | TIME IN | TIME OUT | KEY ACCESS | ALIBI | ALIBI VERIFIED BY | POLY. GRAPH | 1ST INTERV. | INTERV. BY | 2ND INTERV. | INTERV. BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Macleion D. Thomas 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 1-20-57 | 4225 Kirby Rd., Cinti., Ohio | Suite Keeper | | Probation Violation Warrant | 9-3-94 08:53 | | | | | | | | | |
| Mark Flagga 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 5-10-64 | 3917 Gatewood Dr. #1, Silverton, Ohio | Engineer | | Discharging Firearms, Felonious Assault, Felonious Assault on PO | Off | Off | | | | | | | | |
| Jake Daniels Jr. 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 4-27-46 | 1635 California Ave., Cinti, Ohio | Outside Contractor | | | 9-3-94 08:35 | | | | | | 9-6-94 | Davis | | |
| Gwyn Dorsey 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 2-13-55 | 1209 Jackson St., Cinti, Ohio | Outside Contractor | | | 9-3-94 08:35 | | | | | | 9-6-94 | Davis | | |
| Lee Lummal | | Banquet Manager | | | 9-3-94 15:00 | 9-3-94 23:00 | Yes | Yes | | | 9-12-94 | Harling | 9-14-94 | Lilley |
| Terry Lutz | | Housekeeping Manager | | | 9-2-94 | | Yes | Yes | | | 9-11-94 | Marling Stokes | | |
| Robert Patterson | | Banquet Manager | | | 9-2-94 | | Yes | Yes | | | 9-11-94 | Harling Stokes | | |
| Tanya Mitchell | 1698 Newbrook Pl., Cinti, Ohio | Cook | | Traffic Capiases | Off | Off | No | | | | 5-15-95 | Stokes | | |

#39

Hotel employee Charles Espy was arrested leaving the hotel property. Espy was wanted on 11 capiases and warrants, and gave Officers a fictitious name when stopped. Espy was also in possession of $25.00 in change and a pry tool. Several charges are pending, and the investigation continues.

#40

Guest Maggie Del Rosario reported someone took $410 in cash from her room while she was at breakfast. Guest I.D.'d Housekeeper Sharon Davis, F/B, as being seen in her room. Davis was charged with the theft.

#40 Embassy Suites Hotel Employee with criminal records is more than a full staff of employee working on a daily operations basis.

A-3

## EMBASSY SUITES HOTEL
### EMPLOYEE PROFILES AND INTERVIEWS

Bauling indicates marking at time of offense

| NAME | ADDRESS | POSITION | DATE OF EMPLOY | CRIMINAL HISTORY | TIME IN | TIME OUT | KEY ACCESS | ALIBI | ALIBI VERIFIED BY | POLICE CHARGE | 1ST INTERV / BY | 2ND INTERV / BY | INTERV BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael McDowell 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 5-21-60 | 3917 Glenwood Ln #10, Milford, Ohio | Outside Contractor | N/A | Domestic Violence; DC; NCIC Open Flash; Passing Bad Checks; Assault | | | | | | | | | |
| Valerie Alford 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 4-18-53 | 761 Edgecomb Dr #10, Milford, Ohio / 7974 SR124, Camp Dennison, Ohio | Suite Keeper | | | 9-3-94 01:00 | 9-3-94 04:30 | No | Yes | Wik | | | | |
| Tina L. Haveins 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 11-20-64 | 2703 Hackberry St, Cinti, Ohio | Suite Keeper | | Torture-abuse of a Child | 9-3-94 08:55 | | | | | | | | |
| Robin S. Brown 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 2-11-62 | 970 Burton St, Cinti, Ohio | Suite Keeper | | Passing Bad Check; Theft | 9-3-94 08:55 | | | | | | | | |
| Stephanie Brown 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 7-6-64 | 1729 Pleasant St, Cinti, Ohio | Houseperson | | Open Flash; Child Neglect | 9-3-94 09:00 | | | | | | | | |
| Rita D. Davidae 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 1-12-63 | 113 Wolper St, Cinti, Ohio | Suite Keeper | | DC; Theft; Soliciting Prostitution, Retaining Arrest, NCR, Forgery | 9-3-94 08:55 | | | | | | | | |
| Frances Carruth 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 7-26-69 | 3011 Rosenhill Dr, #3, Cinti, Ohio | Inspector | | Falsification | 9-3-94 09:06 | | | | | | | | |
| George Baggett Jr. 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 8/18/51 | 201 Edgecomb Dr, #10, Milford, Ohio | Accounting Clerk | | None located NCIC | 9-3-94 09:08 | | | | | | | | |
| Patricia Harvey 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 7/14/62 | 1539 Charles St, Cinti, Ohio | Suite Keeper | | Open Flash | 9-3-94 09:07 | | | | | | | | |
| Danela Harris 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 10-18-66 | 1511 Daymiller Wr, Cinti, Ohio | Suite Keeper | | Theft | 9-3-94 09:03 | | | | | | | | |
| Dorothy Johnson 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 4-5-59 | 3343 Reading Rd, Cinti, Ohio | Suite Keeper | | Felonious Assault | 9-3-94 08:57 | | | | | | | | |
| Stephanie St. Clair 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 6-19-59 | 4123 Fergus St, Cinti, Ohio | Suite Keeper | | Felonious Assault | 9-3-94 08:57 | | | | | | | | |
| Lilalison D. Thomas 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 1-28-57 | 4223 Kirby Rd, Cinti, Ohio | Suite Keeper | | Probation Violation Warrant | 9-3-94 08:55 | | | | | | | | |
| Mark Flagg 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 5-10-64 | 3917 Glenwood Dr #1, Silverton, Ohio | Engineer | | Discharging Firearms, Felonious Assault; Felonious Assault on Police Officer | Off | Off | No | | | | 9-4-94 Dave | | |
| Alex Daniels K. 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 4-27-46 | 1633 California Ave, Cinti, Ohio | Outside Contractor | | | 9-3-94 08:33 | | | | | | 9-6-94 Dave | | |
| Gwyn Dorsey 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 2-13-55 | 1509 Jackson St, Cinti, Ohio | Outside Contractor | | | 9-3-94 08:33 | | | | | | 9-12-94 Haring | 9-14-94 Lilley | |
| Lee Luxwell | | Banquet Manager | | | 9-3-94 15:00 | 9-3-94 23:00 | Yes | Yes | | | | | |
| Terry Lutz | | Housekeeping Manager | | | 9-3-94 | | Yes | Yes | | | 9-11-94 Haring Stokes | | |
| Robert Patterson | | Banquet Manager | | | | | Yes | | | | 9-11-94 Haring Stokes | | |
| Tony's Mitchell | 1698 Newbrook Pl, Cinti, Ohio | Cook | | Traffic Capiases | | | Off | Off | | | 5-15-95 Stokes | Haring Stokes | |

# A-3

*A-3*

<u>EMBASSY SUITES- EMPLOYEE ARREST RECORDS</u>

*Banquet Setup*

*Guest Credit Card Misuse & theft*

**27**

1. DAVID M HELTON  278866490
   DOB 2-26-73
   HAMILTON COUNTY
   DATES:  2-22-94       Misuse of credit cards, Theft  BB94-0736    2 yrs.
   Probation. PV absconder.

*Dishwasher*

**28**

2. TER(R)ENCE MARTIN  294724046
   DOB 3-23-63
   HAMILTON COUNTY
   DATES:  9-6-96         TRAFFIC CASE
           11-26-96       00374273 00         Muni case
           12-16-96       TRAFFIC CASE
           12-16-96       96CRB039455A        Muni case
           12-16-96       96CRB039455B        Muni case
           11-3-96                            Muni case
           1-29-94                            Muni case
           3-27-96        OFFENSES AGAINST PATIENTS OR RESIDENTS
                          C96CRA009282     BA 96-2650   2 yrs. Probation
                          While employed at Lindy Manor Nursing Home (1153
   Lindy Av Cinci. 45215); caused physical  harm to Kevin Blake (resident-patient)

*Engineer*

**29**

3. CHUCK TAYLOR  275809263
   DOB 2-3-76
   HAMILTON COUNTY
   DATES:  3-7-95         C94CRB035577                Muni case
           6-26-95        ASSAULT                     Muni case
           3-14-96        ASSAULT                     Muni case
           6-26-95        MENACING BY STALKING        Muni case
           3-14-96        MENACING BY STALKING        Muni case
           8-20-95        AGGRAVATED MENACING         Muni case
           3-14-96        DOMESTIC VIOLENCE           Muni case
           3-14-96        RSP                         BA95-2186    2yrs.
   Probation. PV =6 months DOC.

*#A-3*



16. LACEY M ESPIE  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
   DOB  11-11-51
   HAMILTON COUNTY
   DATES:   5-24-94        Muni case


17. JESSE A WALLACE JR  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
   DOB  8-28-55
   HAMILTON COUNTY
   DATES:   1996        96CRB040947    False statement- Unemployment
   compensation while working.
              1-19-93      93CRB002020    Theft-Took a gallon of antifreeze.

*Banquet Setup*                              *Guest Credit Cards*

**32**

18. ROBERT C TAYLOR  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

   Guest Polly Smith reported she lost her purse at the hotel during a meeting.  It was
   recovered by hotel employees, but her MasterCard was missing.  Card was used later
   that day to charge $5,000 worth of jewelry.  Thanks to a crime stoppers tip, officers
   arrested
   two hotel employees, Robert Taylor, MW, and David Helton, MW, both of Fairfield;
   they admitted their part in the crime.


19. JAMES D HICKS  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
   DOB  4-30-71
   HAMILTON COUNTY
   DATES:   1-14-97       Muni case


20. JONATHON C ROBERTSON  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
   DOB  8-15-73
   GREENE COUNTY
   DATES:    3-29-95



*A-4*

7. NORRIS MCWILLIAMS  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
   DOB 11-14-70
   HAMILTON COUNTY
   DATES:  1-20-95      95CRB039027     Muni case
           1-14-96      95CRB039027     Muni case
           4-8-92       BA92-2326       Agg traff, drug abuse. Plea=drug
   abuse. 5 yrs probation. 2-14-95=Cleared probation.

*General Manager of Embassy Suites*

*30*   8. JOHN WEBSTER  421602059
          DOB 5-29-47
          HAMILTON COUNTY
          DATES:  5-8-95      RSP             BA95-4178
                  5-8-95      RSP             BA95-4178    3 yrs probation. PV
          absconder 12-22-95.
                  5-8-95      DRUG ABUSE      C95CRA015908A

*House Keeping*

*31*   9. LINCOLN SMITH  302529379
          DOB 7-22-67
          HAMILTON COUNTY
          DATES:  7-16-93     BA93-5019     Agg traff, 3X bulk  3-15 yrs DOC
                              BA93-9188     Agg traff, bulk. Consoliadated with above.
                  7-22-92     BA92-4984     Unlawful poss of dangerous ordnance. 3 yrs
          probation.

   10. MARK EDWARD FLUGGA  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
       DOB 5-10-64
       HANCOCK COUNTY
       DATES:  8-8-89      FELONIOUS ASSAULT     86-8760-CR
               8-8-89      TRAFFIC CASE          86-8760-CR

*#A-4*