\#1

QUESTIONNAIRE

B-1

| | |
|---|---|
| NAME: | Samuel Jerry Huffaker |
| ADDRESS: | 12317 Early Rd |
| CITY: Concord | STATE: TN    ZIP: 37922 |
| HOME PHONE: 615-966-8670 | WORK PHONE: |

| | YES | NO |
|---|---|---|
| 1. While at the hotel, did you receive any hang up or odd phone calls? | ☐ | ☒ |
| 2. While at the hotel, did you receive any visitors at your door who seemed strange, startled, or offered an odd explanation for his/her presence? | ☒ | ☐ |
| 3. Did you observe anyone at the hotel who seemed out of place in the hotel setting? | ☐ | ☒ |
| 4. While in your room, did you ever sense anyone trying your door knob? | ☒ | ☐ |
| 5. Did you discover any of your valuables missing from your room? | ☐ | ☒ |
| 6. Did you observe anyone who appeared to be disheveled, hurried, perspiring profusely, bleeding, scratched, bloodied, or disoriented in the hotel on the morning of Saturday, September 3, 1994 between the hours of 7:30 AM and 8:30 AM? | ☐ | ☒ |
| 7. Between the hours of 7:30 AM and 8:00 AM, did you hear any screams, banging, or sense any commotion originating out of the rooms on the second floor over the restaurant area of the hotel? | ☒ | ☐ |

If you answered yes to any of these quesitons, please record the question number below and behind it note any information that you may recall. Use the back of the page if necessary. Please respond back even if the answers were all in the negative.

| No. | Response |
|---|---|
| 2+4 | HAD DOOR AJAR ABOUT 6"-8" FOR VENTILATION. A WHITE MALE STUCK HIS HAND IN DOOR AND WHEN I SAID "HEY", HE PROCEEDED ON. ONLY SAW HIS HAND. MY WIFE BRIEFLY SAW HIS FACE. SHE SAYS HE WAS ABOUT 5'9", WHITE, BROWN HAIR, MUSTACHE. WORE BROWN KAKHI SHIRT. COULD NOT IDENTIFY. THIS WAS APPROXIMATELY 8:45 A.M. |

(over)

8.1

| No. | Response |
|---|---|
| 7. | APPROXIMATELY 7:45 - 8:15 AM I HEARD SCREAMS WHICH I THOUGHT TO BE A KID. SCREAMED ~~3~~ TO 5 TIMES, UNIFORMLY. LATER, I ASSUMED THEY MIGHT HAVE BEEN SOMEONE WHO FOUND THE BODY. <br><br> AT 3:00 AM A PERSON WAS BANGING AND BEATING ABOVE OUR ROOM. WATER WAS TURNED OFF. HEARD SIRENS AT THIS TIME. <br><br> 7. APPROXIMATELY 7:45 - 8:15 AM I HEARD SCREAMS WHICH I THOUGHT TO BE A KID. SCREAMED ~~3~~ TO 5 TIMES, UNIFORMLY. |

#2

QUESTIONNAIRE

B-2

NAME: Sidney Gittelman
ADDRESS: 7831 Willow Spring Drive
CITY: Lake Worth   STATE: FL   ZIP: 33467
HOME PHONE: 407-967-9685   WORK PHONE:

| | | YES | NO |
|---|---|---|---|
| 1. | While at the hotel, did you receive any hang up or odd phone calls? | ☑ | ☐ |
| 2. | While at the hotel, did you receive any visitors at your door who seemed strange, startled, or offered an odd explanation for his/her presence? | ☐ | ☑ |
| 3. | Did you observe anyone at the hotel who seemed out of place in the hotel setting? | ☐ | ☑ |
| 4. | While in your room, did you ever sense anyone trying your door knob? | ☑ | ☐ |
| 5. | Did you discover any of your valuables missing from your room? | ☐ | ☑ |
| 6. | Did you observe anyone who appeared to be disheveled, hurried, perspiring profusely, bleeding, scratched, bloodied, or disoriented in the hotel on the morning of Saturday, September 3, 1994 between the hours of 7:30 AM and 8:30 AM? | ☐ | ☑ |
| 7. | Between the hours of 7:30 AM and 8:00 AM, did you hear any screams, banging, or sense any commotion originating out of the rooms on the second floor over the restaurant area of the hotel? | ☐ | ☑ |

If you answered yes to any of these quesitons, please record the question number below and behind it note any information that you may recall. Use the back of the page if necessary. Please respond back even if the answers were all in the negative.

| No. | Response |
|---|---|
| (1) | Between 1AM & 2AM Saturday morning Sept 3 the phone rang — upon answering the individual hung up |
| (4) | On Friday afternoon between 3:30 PM & 4 PM (Sept 2) I observed two men trying my door knob — The observation was through a curtain — so I could not |

B-2

| No. | Response |
|---|---|
|  | see them clearly — I could not tell if they were white or black — but they were both tall I am 5'10" they were at least 6' or more. |

#3

# C QUESTIONNAIRE

B-3

**NAME:** Tom Wellman
**ADDRESS:** 2310 Munger Pointe Dr.
**CITY:** Centerville **STATE:** OH **ZIP:** 45459
**HOME PHONE:** 436-0846 **WORK PHONE:** 443-2607

|   | YES | NO |
|---|---|---|
| 1. While at the hotel, did you receive any hang up or odd phone calls? | ☐ | ☒ |
| 2. While at the hotel, did you receive any visitors at your door who seemed strange, startled, or offered an odd explanation for his/her presence? | ☐ | ☒ |
| 3. Did you observe anyone at the hotel who seemed out of place in the hotel setting? | ☐ | ☒ |
| 4. While in your room, did you ever sense anyone trying your door knob? | ☒ | ☐ |
| 5. Did you discover any of your valuables missing from your room? | ☐ | ☒ |
| 6. Did you observe anyone who appeared to be disheveled, hurried, perspiring profusely, bleeding, scratched, bloodied, or disoriented in the hotel on the morning of Saturday, September 3, 1994 between the hours of 7:30 AM and 8:30 AM? | ☐ | ☒ |
| 7. Between the hours of 7:30 AM and 8:00 AM, did you hear any screams, banging, or sense any commotion originating out of the rooms on the second floor over the restaurant area of the hotel? | ☐ | ☒ |

If you answered yes to any of these quesitons, please record the question number below and behind it note any information that you may recall. Use the back of the page if necessary. Please respond back even if the answers were all in the negative.

| No. | Response |
|---|---|
| 4 | On Saturday morning, a person knocked on the door and proceeded to open the door with a key, only stopped by the chain with no identification. After I yelled out, the person closed the door and left. |

over

| No. | Response |
|---|---|
| 4 | The time was between 8:00 AM and 8:30 AM. |
| | I assumed it was a maid. |
| | We stayed on the 3rd Floor. |