| BLUE ASH POLICE DEPARTMENT | C-1 | CRIMINAL INVESTIGATIONS |
| BLUE ASH, OHIO  OH0310400 | | |

## VOLUNTARY STATEMENT

DATE: 9-3-94

TIME: 12:00 p.m.

PLACE: Emassy Suites Hotel

I, Demetrius H. Williams, am 15 years of age, and my address is Det. Ladd [English words] - 1990 Knob C.t. Cincinnati, OHIO I have been cautioned by _____ who has identified himself as a Blue Ash law enforcement officer, and he has warned me:

### WARNING

I am a police officer. I warn you that anything you say can and will be used against you in a Court of Law. You have the right to remain silent. You have the right to the advice of a lawyer before and during any questioning. If you cannot afford a lawyer, one will be provided for you free before any questioning if you so desire.

I hereby state that I want to make a statement without a lawyer present. I willingly give up my right to have a lawyer present during the time I am questioned and during the time I answer those questions. I am willing to make the following statement to the above mentioned law enforcement officer, knowing that any statement I make may be used against me in court and that I have the right to stop answering questions at any time.

I declare that the following statement is made of my own free will without anyone having made any promises of any kind or offering me anything or any reward. I further state that no promises of leniency of any kind have been made in exchange for this statement.

I further state that I am able to read and write the English language, and I have completed 8 years of school.

I seem a black guy and white guy come out of the room; adding a woman on the floor shutting we helped her up. I looked in the room and this white man said I'm a doctor dent it turn my back and went back to my job. I know a guy that worked for us up there to light Blue shirt. And that all I seem.

Elwood Jones, B9508578                                    0000507

C-2

#2

9-3-94
12:35 pm

Ryan K Norman 522-76
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
4022 Erie Ct. Cinti 45227
H) 271-6866

Started today – server in dining area

heard a woman screaming coming from 2nd floor Dan and I ran toward stairs

saw Jesse running over screaming woman lying on floor help me help me pointing toward the door

heard someone say they were "qualified to help her" 2 ladies ran past us saw one of them get ready to go into room didn't actually see her enter

Ryan never went into room never looked into room – both he and Dan went back downstairs

saw Jesse helping paramedics w/ litter on 2nd floor he was pulling it

Det. John Ladd notes of Norman Ryano interview 9/3/94 C98

Elwood Jones, B9508578    0001711

C-2

C-2

Det. John Ladd notes of Norman Lyons interview on 9/3/94.

suspicious dark skinned guy with brown shirt and a white guy were coming out of the rooks + separated when they came out. M/B went right M/W went left. M/B had a walkie talkie

M/B — believe he worked here
age? — brown or tan T-shirt and walkie talkie (shirt similar
regular build — to employee's shirt)
little thick and somewhat muscular
5-10 or 11"?

M/W — shorter slightly. had a little gut to him — older for sure — gray hair back of head — only saw back of head
multiple colors on shirt

Elwood Jones. B9508578         0001712