*1st Statement 9/3/94*

*# 46*

*D-1*

(1)

**BLUE ASH POLICE DEPARTMENT**
**BLUE ASH, OHIO  OH0310400**

*D-1*

**CRIMINAL INVESTIGATIONS**

## VOLUNTARY STATEMENT

DATE: _9-3-94_

TIME: _1135 Am_

PLACE: _Embassy Suites Hotel_

I, _Jesse A Wallace_, am _40_ years of age, and my address is
_5341 Tompkins Ave B12_. I have been cautioned by
_Det. John Fada_ who has identified himself as a Blue Ash law enforcement officer, and he
has warned me:

### WARNING

I am a police officer.  I warn you that anything you say can and will be used against you in a Court of Law.
You have the right to remain silent.  You have the right to the advice of a lawyer **before** and during any
questioning.  If you cannot afford a lawyer, one will be provided for you free before any questioning if you
so desire.

I hereby state that I want to make a statement without a lawyer present.  I willingly give up my right to
have a lawyer present during the time I am questioned and during the time I answer those questions.  I am
willing to make the following statement to the above mentioned law enforcement officer, knowing that any
statement I make may be used against me in court and that I have the right to stop answering questions at
any time.

I declare that the following statement is made of my own free will without anyone having made any
promises of any kind or offering me anything or any reward.  I further state that no promises of leniency of
any kind have been made in exchange for this statement.

I further state that I am able to read and write the English language, and I have completed _13_ years of
school.

While cooking, I heard a loud scream from out
in restaurant area I came from behind the counter & heard
some people on the upper part of the hotel cry 2nd floor
so I proceeded to run to the stair & with a man which said
he was a heart doctor once I reach the 2nd floor some
on said in there when I opn the door there was a lap
in the nude on the floor & the doc sna get a abulanc

*~ Orrel ~  46*

# 47     7/3/94                    (2)     01

THE LADY THAT WAS SCREAMIN WAS ON THE FLOOR ON
OUTSIDE OF THE RM AT THAT TIME THE DOC STARTET CPR
& ASK IF SOME ONE COULD GET SOME BODY IN HIS FAMILY TO
HELP HIM THEN IT WAS 2 LADY THAT CAME IN ONE WAS A
RN THE OTHER WAS RN REPERTORY THE DOCTOR & ME SO I AST
IF HE NEED SOME THING TO CLEAR HER AIRWAY SO I GOT SOME TOWEL
& HANDED IT TO ONE OF THE LADIES THEN I RAN TO THE DOOR TO
TELL MITCH TO CALL FRONT DECK HE SAID O.K. WENT BACK TO THE
ROOM TO AST AT THAT THING I RAN TO HELP THE MEDIC BRING
IN THE STRECHER & THE MEDICAL TEAM PLOCEED TO DO THERE JOB
THE INASLIES A IJ WHICH I HELPED THE BAG AFTER IN MORE
ATEMPS TO GET IN HER AIR WAY THEN SAID BOARD HER UP & GET
HER TO THE HOSPIAL ONCE SHE WAS BOARE THE MEDIC SAID
CALL THE FIRE UNIT TO SECUR SECURE THE RM SO THEY
CAN CLEAN UP NEEDLE AFTER THAT WE PROEED TO GO TO
THE AMBULANCE IN FRONT OF HOTEL PUT HER IN AND I WENT
BACK TO THE FRONT LINE & FINISH COOKING TO THE BEST
OF MY KNOWLEGE THIS STATEMENT IS TRUE

9/3/94                        (3)

I have read this statement consisting of **3** page(s), and I understand it is voluntarily given and complete.

This statement was completed at **12:10** A.M. ~~P.M.~~ on the **9-3** day of _____, 19 **94**.

WITNESS _Det. John D Ladd_

WITNESS _____     _Jesse A Wallace_
                                    Signature of person giving statement

# 47

BLUEASH, OHIO POLICE DEPARTMENT
SUPPLEMENTARY REPORT

| 2 | FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | 3 XXXX | FORM USED TO REPORT FOLLOWUP INVESTIGATION OR SUPPLEMENTAL INFORMATION | 4 DAY TUES | DATE OF THIS REPORT 9-13-94 | TIME 1500 | HRS AM PM | 5 NAME OF COMPLAINANT REPORTING PERSON B.A.P..D |
|---|---|---|---|---|---|---|---|

| 6 END OF REPORT CONTINUED | OFFENSE | OTHER | ARREST XXX | FOLLOWUP OR SUPPLEMENTARY | 7 CORRECT OFFENSE OR INCIDENT CLASSIFICATION Homicide | CHANGED YES |
|---|---|---|---|---|---|---|

R/O's Boyatt and Hartinger responded to Embassy to continue interviewing potential witnesses. Spoke to Greg Henry, maintenance worker. He clocked in at approx. 0700 hrs. on 9-3-94. He states that he was with the other maintenance, Charles Obannon, Michael Hajjalie, Art Armacost doing 'floor runs' on the first floor, when he heard a scream. Looked around and saw the commotion on the second floor, people pointing, and then he ran to the second floor to the room. He first saw a short heavy woman at the door, apparently the woman who screamed. She was obviously in shock, and pointing towards room 237 door. Henry states that Jesse Wallace was in the room and Greg went in. He noticed that the woman was nude, wa laying in a position that suggested someone placed her arms at her side, not a natural position. She had blood about her nose, mouth, ears. Henry says that he then ran to the front desk to get help, and talked to VValena at the front desk to make sure EMS was called, and she said she did. He went back to the room, where there was now a lot of people. A person identified himself as a doctor and began to wrok on the woman. Some of the kitchen help was there, but after the doctor worked on her they stayed back. He did help the medics up to the scene via front door. He states he did not call on the walkie-talkie about calling 911. He mentioned too that the woman had wet hair, not from the blood but from XXX possibly just getting out of the shower. After the medics 1 left XXXX and he helped them out, he went outside to check the perimeter of the room for footprints but found none.

He was asked if he heard anyone mention that they heard a scream before the woman was found and he stated he heard other employees XX say that someone from room 337, above victim's room, did hear some commotion and screams, but discounted it as children playing.

9-13-94-1254 hrs. R/O's interviewed Jesse Wallace. He was the front line cook in the Cascades restaurant at the time. He heard screams, and after looking around and seeing the area of the screams, ran to the steps by elevators, up to 2nd floor, to room. He was first ther

He saw the woman who screamed, then opened the door

| 9 | OFFENSE ARREST NO | NO | 10. PROP INV. NO | | | | 17 FILE NO |
|---|---|---|---|---|---|---|---|
| 11. LEADS/ACIC/NCIC | | 12. SENT DATE | | TIME | CANCEL DATE TIME | | 18 OFFENSE NO |

| 15. REPORTING OFFICER HARTINGER | BADGE NO. 436 | 16 REPORTING OFFICER BOYATT | BADGE NO. 435 | 14. SUPERVISOR APPROVING DATE 9-13-94 | TIME | HRS AM PM |
|---|---|---|---|---|---|---|

# 49    9/13/94    D-2

PAGE 2 OF 2 PAGES    SUPPLEMENTARY REPORT — BLUE ASH, OHIO POLICE DEPARTMENT

94-HM-01

| 2 FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | 3 XXX FORM USED TO REPORT FOLLOWUP INVESTIGATION OR SUPPLEMENTAL INFORMATION | 4 DAY TUES | DATE OF THIS REPORT 9-13-94 | TIME 1500 HRS AM/PM | 5 NAME OF COMPLAINANT REPORTING PERSON |
|---|---|---|---|---|---|

| 6 KIND OF REPORT CONTINUED OFFENSE OTHER | ARREST | FOLLOWUP OR SUPPLEMENTARY | 7 CORRECT OFFENSE OR INCIDENT CLASSIFICATION | CHANGED YES |
|---|---|---|---|---|

(continued)    saw the nude lady on the floor. He began to give CPR and got others to help.

Jesse says he was a medic in the ARMY, and in Vietnam and knew how to handle this kind of

thing. Said she was laying like she was put there (like laying in a coffin). He grabbed

some towels from the bathroom (3?) but someone else brought towels to the room.

He remembers someone saying call 911 over the walkie talkie, can't remeber if it was Greg

Henry or not. Other persons there were the DR. (cardiologist) Greg Henry, Erline Metcalf,

and family members. He feels that something is suspicious because one of the medics, or

possibly the doctor asked 'How did she get from the couch to the floor?". (paramedics may

have simply asked that as routine due to C.P.R. being given, neck injury, etc.)  He seems

to thing her hair was dry except for the bloody areas.

E.O.R.

This statement Jesse Wallace made on
9/13/94 of what he saw & done on
the moening of Sept 3, 94 surrounding
the events that occured. So totally inconsisten-
cies with his statement on 11/6/96 2/1 years
later, as if he is being told what to say that
day.
  His statement on 9/13/94 is clear to what
was in the room with him that moening —
and where in his statement on 9/13/94 to he
mention my name to say He thing he saw
Butch, but was not sure — He name the people in
the room with him

| 11. LEADS/RCIC/NCIC | 12. SENT DATE | TIME | HRS | 13. CANCELLD DATE | TIME | 14. SUPERVISOR APPROVING BADGE NO |
|---|---|---|---|---|---|---|

| 15. REPORTING OFFICER HARTINGER | BADGE NO. 436 | 16. REPORTING OFFICER WYATT | BADGE NO 433 | DATE 9-13-94 | TIME | HRS AM/PM |
|---|---|---|---|---|---|---|

RECORDS

# 50

D-3

| | OF PAGES | SUPPLEMENTARY REPORT — BLUE ASH, OHIO POLICE DEPARTMENT | | | 1 OFFENSE NO. 94-HM-001 |
|---|---|---|---|---|---|

| 2 FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT XX | 3 FORM USED TO REPORT FOLLOWUP INVESTIGATION OR SUPPLEMENTAL INFORMATION XX | 4 DAY DATE OF THIS REPORT TIME Fri 9-23-94 1300 | HRS AM PM | 5 NAME OF COMPLAINANT REPORTING PERSON Embassy Suites |
|---|---|---|---|---|

| 6. KIND OF REPORT CONTINUED OFFENSE ☐ OTHER ☐ | ARREST ☐ FOLLOWUP OR SUPPLEMENTARY XX | 7 CORRECT OFFENSE OR INCIDENT CLASSIFICATION agg murder | CHANGED YES ☐ |
|---|---|---|---|

D-3

-responded to Embassy - interviewed Art Armacost - states he recalls that Jesse Wallace had been awfully fast in responding to the victim's room. He thought it peculiar that Wallace seemed to know exactly where to go and what to do. Also states that when the screams were first heard at about 0800 hrs., he and Charles Obanion were in the area of the front lobby and then ran to the 2nd floor. At no time did he observed Butch Jones in the Cascade's area.

-interviewed Jesse Wallace - states he was the cook in the kitchen and comp breakfast area that morning beginning at 0430-0500. He states he was in the back kitchen area from 0500 until about 0630. From 0630 until the sceams at 0800 he was on the "line" facing the Cascades serving food at compl breakfast. He states that from his location on the "line" he had full view of the Cascades restaurant and at no time did he observed Butch Jones cleaning tables there. He doesn't recall seeeing Butch Jones at all on 9-3-94

-interviewed Greg Henry - states he Art and Charles Obanion all left the maintenance area together and all were in about the same location when the screams came out at about 0800. He states that at no time did anyone put out a "911" over the walkie-talkie for fear of a panic. He states that he ran to the 2nd floor, saw what was going on, then ran to the fornt desk and personally requested a "911" call for squad. He also does not recall see-ing Butch Jones in the Cascades area at the time.

-Interviewed David Kabrin - Restaurant supervisor-states he clocked out at 0003 hrs 9-3-94 and came back into work at 0930. He wasn't around for the situation. He states he is not aware that Butch Jones assisted in the Cascades cleaning tables but added that it is not unusual for someone to be pulled from another area to assist if needed.

-cont-

| 9 ARREST MADE NO. ARREST NO. | 10. PROP. INV NO. | | | 11. LEADS/RCIC/NCIC | 12 SENT DATE TIME HRS | 13. CANCELLD DATE TIME | 14. SUPERVISOR APPROVING BADGE NO Sgt. Scheff |
|---|---|---|---|---|---|---|---|

| 15. REPORTING OFFICER Stokes | BADGE NO. 424 | 16 REPORTING OFFICER | BADGE NO. | DATE 9-23-94 | TIME 1518 | HRS AM PM |
|---|---|---|---|---|---|---|

RECORDS

Over  # 50

*4th Statement 11/6/96*

#12

#51

D-4

D-4

**INTERVIEW**
**NATHAN HOMICIDE**

**INTERVIEW OF:** Jesse Wallace
**INTERVIEW BY:** Seth Tieger and Mark Piepmeyer
**INTERVIEW DATE:** 11/6/96
**INTERVIEW LOCATION:** Embassy Suites Hotel
**NARRATIVE:** Jesse Wallace was working in the restaurant as a front line cook on the day of the homicide. He is now employed as a cook at the Ridge Road Burger King. He can be reached by pager at 230-4322 or at work at 351-2790.

On 9/3/94, Wallace stated that he was working on the front line in the restaurant from 06:30-08:00 and would have been looking out over the restaurant. Saturdays can be busy he stated. He heard a lady screaming but doesn't remember the time. He went to the room right above him. He doesn't recall seeing Butch in the restaurant from 06:30-08:00. He took the stairs by the elevator to the second floor. He saw a lady laying in the floor gasping. A nurse and heart surgeon came into the room and did CPR. He used to be a medic in the service - was in marines and the army. When he got there, the bed was all unfolded, and the victim's feet were pointed toward the door. She was on her back. He did not see any jewelry on her. He didn't see any bruising, only blood running out of the corner of her mouth. He ran to the bath to get towels to wipe up the blood. He saw a man and woman in the hall when he got there. The woman was screaming and the man was holding her. She was the victim's room mate. He had just served the screaming woman breakfast prior to this. When he first went into the room, he thinks he saw Butch, but was not sure. He told someone with a "Jom Com" radio to call 911. He can't be sure who it was. He stated that had Butch been in the restaurant, he would have seen him. He never talked to Jones later that week. Sharon Mobley and Demetrius Williams were working in the restaurant with him. He was shown photos of the victim wearing the necklace and of the victim deceased. He never saw her wearing the necklace. He also stated that she was not swollen like that when he saw her.

Jesse Wallace Original statement on 9/3/94 & Det G. Dodd on pages 2, "He stated in fact. When ask what he saw & heard & done that morning." "I ran to the bar from room 237 & tell Butch & call Front Desk he said &." "On 9/13/94 while being interviewed by officer Hartinger concerning the above events ~ no where in his 2nd statement & he mention my name or seeing me on 9/3/94. On 9/23/94 while being interviewed by officer Stokes he stated in fact he did not observed Butch cleaning tables he doesn't recall seeing Butch at all on 9/3/94 On 11/6/96 while being interviewed by Prosecutor Tieger & Piepmeyer He stated the above. #51