# 64     EMPLOYEE'S LOCATION     # 64
BY GIVEN STATEMENT
JESSE WALLACE

E-1

September 3, 1994

| 04:30-04:59 | 05:00-05:29 | 05:30-05:59 | 06:00-06:29 | 06:30-06:59 | 07:00-07:29 |
|---|---|---|---|---|---|
| 04:30 - Arrived at work. Began cooking in the kitchen. | Continued cooking in the kitchen. | Continued cooking in the kitchen. | Continued cooking in the kitchen. | 06:30 - Began cooking on line in the Cascades restaurant on the 1st floor. | Continued cooking on line in the Cascades restaurant on the 1st floor. |

| 07:30-07:59 | 08:00-08:29 | 08:30-08:59 | 09:00-09:29 | 09:30-09:59 | 10:00-10:29 |
|---|---|---|---|---|---|
| Continued cooking on line in the Cascades restaurant on the 1st floor. | 08:00 - Heard screams. Went up stairs by the front desk to the 2nd floor. Looked into the victim's room and saw victim. Gave CPR and grabbed towels from batch. Heard someone saying call 911 over walkie talkie. Saw Earlene and Greg Henry at the room. | | | | |

| 10:30-10:59 | 11:00-11:29 | 11:30-11:59 | 12:00-12:29 | 12:30-12:59 | 13:00-13:29 |
|---|---|---|---|---|---|
| | | | | | |

Jesse statement show he said he arrived for work on 9/3/94 at 4:30 A.M. There is nothing mention in his statement he arrived for work with Ryan Norman on 9/3/94. In fact Hotel Official Lecoedo put Jesse in the hotel at 3:32 A.M. on 9/3/94. It also show the police was aware of this.

#65

E-2

# EMBASSY SUITES HOTEL
### EMPLOYEE PROFILES AND INTERVIEWS

Shading indicates working at time of offense

| NAME | ADDRESS | POSITION | DATES OF EMPLMT | CRIMINAL HISTORY | TIME IN | TIME OUT | KEY ACCESS | ALIBI | ALIBI VERIFIED BY | POLY-GRAPH | 1ST INTERV. | INTERV. BY | 2ND INTERV. | INTERV. BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Velena K. Taylor 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 6-16-54 | 1626 Freeman Ave., Cinti, Ohio | Front Desk Clerk | 8-31-92 | Passing Bad Checks; City Ordinance Violation | 9-3-94 07:11 | | | Yes | Greg Henry | | | | | |
| Marvin Ferguson 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 6-30-67 | 5423 Holland Dr., Cinti, Ohio | Breakfast Cook | 2-8-89 | None located RCIC | 9-3-94 04:59 | | | Yes | Jesse Wallace Marco Reid | | 9-27-94 | Stokes | | |
| Earlene Metcalf 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 5-11-53 | 609 Park Ave., Cinti, Ohio 583-0892 | Comp. Breakfast Bus | 5-22-92 | Theft | 9-3-94 04:30 | | | Yes | Henry Williams | | 9-3-94 | | 9-12-94 | Stokes Lilley |
| Sharon Mobley 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 2-4-47 | 451 Dew Drop Cir., Forest Park, Ohio 742-3536 | Comp. Breakfast Bus | 3-20-91 | None located RCIC | 9-3-94 04:57 | | | Yes | Ryan Norman Demetrius Williams | | 9-3-94 | Ladd | 9-23-94 5-11-95 | Lilley |
| Demetrius Williams 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 4-5-79 | 1970 Baltimore Ct., Cinti, Ohio 244-2212 | Comp. Breakfast Bus | 4-16-94 | | 9-3-94 04:33 | | | Yes | Sharon Mobley | | 9-3-94 | Ladd | 5-13-95 | Boyatt |
| Michael Hajjalie 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 3-25-59 | 6936 Silverton Ave., Cinti, Ohio 791-4743 | Engineer | 5-23-94 | Disorderly Conduct | 9-3-94 06:30 | | | Yes | Greg Henry | | 9-23-94 | Stokes | | |
| Greg Henry 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 5-28-66 | 6206 Elmvicer Pl., Cinti, Ohio 398-3643 | Engineer | 11-12-90 | NCR | 9-3-94 06:50 | | | Yes | Charles O'Banion Michael Hajjalie | | 9-13-94 | Boyatt Harting | 9-23-94 | Stokes |
| Charles R. O'Banion 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 7-17-58 | 3917 E. __ od Ln., #7, Cinti, Ohio 98_ | Engineer | 9-18-92 | Theft; Open Flask | 9-3-94 06:47 | | | Yes | Greg Henry Art Armacost | | 9-25-94 | Stokes | | |
| Elwood? "Butch" Jones 7-?-- | 1318 ___ 559-1_ | Banquet Room Semp | 7-20-92 | City Ord. Violation; Theft; Assault; RSP; DC; Agg Burglary; Domestic Violence; B&E | 9-3-94 04:51 | | Yes | No | | Refused | 9-3-94 | Ladd | 9-12-94 | Stokes Lilley |
| Norris McWilliams 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 11-14-70 | 5465 Kirby Rd., Cinti, Ohio 661-8240 | Dishwasher | 8-27-94 | NCR; Trafficking in Drugs; Felony Drug Abuse | 9-3-94 06:53 | | | Yes | Jesse Wallace | | 5-9-95 | Lilley | | |
| Marco S. Reid 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 6-15-64 | 477 Dew Drop Cir. B, Cinti, Ohio 825-4714 | Cook | 11-23-93 | None located RCIC | 9-3-94 06:53 | | | Yes | Jesse Wallace | | 9-15-94 | Boyatt | | |
| Jesse A. Wallace 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 1-28-55 | 4024 Erie Court, Cinti, Ohio 561-7019 | On Line Cook | 3-19-93 | Theft; Assault; Passing Bad Checks; DC | 9-3-94 03:32 | | Yes | Yes | Marco Reid | | 9-3-94 9-13-94 | Ladd Boyatt | 9-23-94 | Stokes |
| Henry Williams 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 12-25-40 | 591 Ashburn Rd. B, Forest Park, Ohio 825-8205 | Dishwasher | 3-6-89 | None located RCIC | 9-3-94 04:33 | | | Yes | Sharon Mobley | | 9-14-94 | Boyatt | 9-23-94 | Stokes |
| Art Armacost 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 8-12-35 | 419 S. Broadway St., Owensville, Ohio | Chief Engineer | 6-16-94 | None located RCIC | 9-3-94 01:00 | | Yes | Yes | Charles O'Banion Greg Henry | | 9-9-94 | Stokes Harting | 9-12-94 9-23-94 | Boyatt Stokes |
| Randy Hughes 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 7-2-56 | 385 Ingram Rd., Cinti, Ohio 742-0779 | On Duty Manager | 10-8-91 | None located RCIC | 9-3-94 09:00 | | Yes | | | | | | | |
| Brenda Wallace 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 10-23-53 | 4911 Prospect Ave., Blue Ash, Ohio 891-4104 | Executive Housekeeper | 2-26-90 | Theft | 9-3-94 08:00 | | | Yes | | | | | 9-15-94 | Boyatt |
| Susan Friend 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 10-23-53 | 7000 Mayfield Ave., Madeira, Ohio 984-4353 | Chef | 9-28-93 | None located RCIC | 9-3-94 08:00 | | | | | | 9-7-94 | Stokes | 5-8-95 | Lilley |
| Ryan Norman 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 5-22-76 | 4022 Eric Ct., Cinti, Ohio 271-6866 | Comp. Breakfast Bus | | None located RCIC | 9-3-94 05:00 | | | Yes | Sharon Mobley Demetrius Henry | | 9-3-94 | Ladd | 5-8-95 | Lilley |

Jesse Wallace stated in his statement that he arrived for work on 9/3/94 at 4:30 A.M. Hotel Officials/Records put Jesse Wallace into the Hotel at 3:32 A.M. on 9/3/94. This Chart also shows the police was aware of that fact since they are the Ones who made this Chart