#52
F

#52
F

Lacy Espie                    242-8186 (H)
11-11-51,   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

9-2-94    1030-0700

— Anthony, Tony wasn't here, Lavern
   In Breakroom @ 0700
      — Simon & Anthony eating in
        Breakfast in Breakroom-
      — Jesse Wallace was asleep

   (Black Angie — )

— Simon Mobley —

— Jesse showing new guy in Kitchen
  how to set up tables

— Banquet Butch & Earlene Metcalf

This handwritten documents found within
the Blue fish Police & Prosecutor files clearly shows what
I have said from day one Jesse Wallace was asleep
in the Breakroom & I woke him up & told him
to get on the front line at 7:00 A.M.

#52