```
                                    PT, NO NAME                          J1540591   09/06/9
                                    MEDICAL CENTER                                  DATE REC
                                    HAMILTON COUNTY CORONER                         09/07/9
                                    3159 EDEN AVENUE
[lab letterhead, faded]             CINCINNATI, OH  45219                           09/08/9

DIRECTOR: RICHARD K. PORSCHEN, Ph.D.
PHONE: (714) 220-1900               AGE    SEX    SOURCE    ID NO        ACCESSION NO
(800) 445-0185                                    SERUM     122981       H-377-94
FAX: (714) 220-9213
                                               PHYSICIAN                 DRAW DATE
TEST REPORT                                      G-1                     NO TIME
```

**G-1**

REFER TO J1540581 FOR HIV TEST RESULTS

-- TEST --                                    -- RESULTS / INTERPRETATION --

HEPATITIS B SURFACE ANTIGEN, EIA              POSITIVE

COMMENT:
Result confirmed by neutralization.

Test manufacturer does not recommend cadaver specimens due to
inconsistencies in results.

REFERENCE RANGE:   NEGATIVE

The hepatitis B surface antigen (HBSAg) is present in acute hepatitis
B infection or in chronic carriers of hepatitis B.  The presence of
HBSAg is indicative of an infectious state of the individual tested.
HBSAg becomes detectable after the incubation state of the virus which
generally lasts 4-12 weeks after initial exposure.

*** FINAL REPORT ***

---

*Handwritten note:*

This test result show Ms. Nathan tested positive for Hepatitis on Sept 8, 94. This test result should have been turn over to my lawyers during trial.

~ Orel ~

Nathan   -12-

Microscopic Examination, continued.

### Musculoskeletal System

A section of skin from the left shoulder injury region demonstrates acute hemorrhage in the dermis and subcutaneous adipose tissue. Sections from the mid chest and abdominal skin contusion regions demonstrate acute hemorrhage deep in the subcutaneous adipose tissue. A section from the right inguinal skin region demonstrates acute hemorrhage deep in the subcutaneous adipose tissue.

### Central Nervous System

A section of left inferior frontal cortex in the area of contusion demonstrates acute parenchymal hemorrhage. A section of right basal ganglia demonstrates acute parenchymal hemorrhage and subarachnoid hemorrhage. A section of right hippocampus reveals vascular congestion. A section of right cerebellum demonstrates subarachnoid hemorrhage. A section of medulla reveals no significant pathology.

### LABORATORY EXAMINATIONS

The following analyses were ordered by me and were performed in the usual course of business according to established methods in the laboratory.

Toxicology:

A sample of serum received from the hospital is submitted for toxicology:

  Gas Chromatography (GC) Results:

      Hospital
        serum:   Ethyl alcohol      Negative

  ADX Drug Screen Results:

      Hospital
        serum:   Negative for:      Acetaminophen
                                    Amphetamines
                                    Barbiturates
                                    Benzodiazepines
                                    Cocaine metabolites
                                    Opiates
                                    Propoxyphene
                                    Salicylates
                                    Tricyclic antidepressants

Serology:

  ELISA Procedure
        Blood:    HIV antibodies     Negative

  Hepatitis
        Serum:    B surface
                    antigen          Positive

  Blood Type:                        "O"

G-1

```
MRL                                  PT. NO  NAME                      J1594466   09/15/94
MICROBIOLOGY REFERENCE LABORATORY    MEDICAL CENTER                               DATE RECEIVED
10703 PROGRESS WAY                   HAMILTON COUNTY CORONER                      09/16/94
CYPRESS, CALIFORNIA 90630            3159 EDEN AVENUE                             DATE COMPLETED
RECTOR: RICHARD K. PORSCHEN, Ph.D.   CINCINNATI, OH  45219                        09/16/94
PHONE: (714) 220-1900
      (800) 445-0185                 AGE   SEX   SOURCE    I.D. NO.   ACCESSION NO.
      FAX: (714) 220-9213                        SERUM     252

TEST REPORT                                PHYSICIAN                  DRAW TIME
                                                                      NO TIME
```

G-2.        REFER TO J14594475 FOR HIV TEST RESULTS

-- TEST --                                        -- RESULTS / INTERPRETATION --

HEPATITIS B SURFACE ANTIGEN, EIA                  NEGATIVE

   REFERENCE RANGE:  NEGATIVE

   The hepatitis B surface antigen (HBSAg) is present in acute hepatitis
   B infection or in chronic carriers of hepatitis B.  The presence of
   HBSAg is indicative of an infectious state of the individual tested.
   HBSAg becomes detectable after the incubation state of the virus which
   generally lasts 4-12 weeks after initial exposure.


                          *** FINAL REPORT ***


This test results show on Sept 15, 94 Mr. E. Jones gave Blood & it was send to be tested for Hepatitis B. The test results came back Negative for Hepatitis B. This test result should have been turn over to my lawyer during trial ~ over ~

000113



| PATIENT NAME (LAST) | (FIRST) | MRL NO. | SPECIMEN DATE |
|---|---|---|---|
| NO NAME | | J1594475 | 09/15/94 |

| MEDICAL CENTER | DATE RECEIVED |
|---|---|
| COUNTY CORONER<br>AVENUE<br>I, OH 45219 | 09/16/94 |
| | DATE COMPLETED |
| | 09/16/94 |

| SOURCE | I.D. NO. | ACCESSION NO. |
|---|---|---|
| SERUM | 252 | |

| PHYSICIAN | DRAW TIME |
|---|---|
| G-2 | NO TIME |

OR HEPB TEST RESULTS

       -- RESULTS / INTERPRETATION --

       NEGATIVE

tection of antibodies to HIV (AIDS
e. All ELISA positive or borderline
the Western blot confirmatory procedure.
cally be performed and charged
s. ELISA negative results will not be
specifically requested.


*** INAL REPORT ***

000111