**RECEIVED**

NOV 19 2004

MICHAEL R. MERZ
UNITED STATES MAGISTRATE JUDGE

Mr. E. H. Jones Jr
#339-441 #2-Hse 2050
P.O. Box 788
Mansfield, Ohio 44901
11/19/04

Magistrate Judge Michael R. Merz,
United States District Court
Dayton, Ohio 45402

Case No #C-1-01-564

Honorable Magistrate Judge Merz,

I am writing to this Honorable Court to ask have there been any "rulings" made on either of the number of Pro-Se Motions & Pro-Se Petitions? I have submitted to this Court starting on July 8, 2004, July 22, 2004, August 26, 2004, October 12, 2004 November 1, 2004 dealing with #2 factors in the said Pro-Se Motion & Pro-Se Petitions..... #1, Clarifying the directions & I Elwood H. Jones Jr wish. with respect to the said Affidavit of 2/6/04 for this Honorable Court. #2, was to ask this court to allow, I Elwood H. Jones Jr permission to supplement the records & furnished this court with an absolute clear record of all the facts necessary & relevant to any & all claims upon which to accord Jones the relief He is due.

I thank this Court for its time in the above matter.
Elwood H. Jones Jr