Mr. E.H. Jones Jr.
#339-441 #2-Hse 2050
P.O. Box 788
Mansfield, Ohio  44901

1-1-2005

Michael R. Merz
United States Magistrate Judge
Federal Courthouse Rm #2
Dayton, Ohio  45402

Case No. C-1-01-564

Dear Honorable Magistrate Merz:

I don't want to come off to this Honorable Court as if I am an Idiocy Type - person in any way in my Actions.

On November 17, 2004 and December 15, 2004, I sent a brief letter off requesting a few minutes of this Honorable Courts time, Asking: Has this Court made any type of ruling in my case, with respect to the number of Pro-Se Motions and Petitions I have filed - Starting with July 8, 2004, July 22, 2004, August 26, 2004, October 12, 2004, and November 1, 2004 ?

Since I have not received a response back from this Court as yet, I am re-submitting my request, regarding the 2 recent letters, and to find out if this Honorable Court ever received my letters of November 17, 2004 and December 15, 2004 ?

Thank you for your time and I hope to hear from this Honorable Court soon.

Respectfully

*Elwood H. Jones Jr.*
Mr. Elwood H. Jones Jr.

RECEIVED
JAN - 5 2005
MICHAEL R. MERZ
UNITED STATES MAGISTRATE JUDGE

Mr. E.H. Jones Jr.
#339-441 #2-Hse 2050
P.O. Box 788
Mansfield, Ohio  44901

1-1-2005

Mr. David H. Bodiker
Chief Counsel Of Ohio
Public Defender's Office's
Columbus, Ohio  43215

Dear Mr. Bodiker:

   Please be advised that I am Re-submitting my letter and request of December 15, 2004. To which I would greatly appreciate a response to, directly from you, regarding it's contents under the Freedom Of Information Act. 5 U.S.C. § 552 Ohio Revised Code Ann § 149.43 Supp.1991.

   Mr. Bodiker, your Cooperation is needed in this matter and you are expected to respond in a Timely Fashion within the next TEN working days.

Thank you for your cooperation

*Elwood H. Jones Jr.*

Mr. Elwood H. Jones Jr.


CC / Michael R. Merz - Federal Magistrate