# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

                                 :                  Case No. 1:01-cv-00564

        Plaintiff,

                                 :                  District Judge Thomas M. Rose

   -vs-                                         Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, WARDEN,

                                 :

        Defendant.

=====================================================================

### ORDER FOR TELEPHONE STATUS CONFERENCE

=====================================================================

        This case came on for telephone pretrial conference on March 15, 2005.  As a result of that conference it is hereby ORDERED that a telephone conference to discuss the status of this case be set for **Wednesday, June 15, 2005, at 9:00 a.m.**  The parties are directed to be available at the office telephone numbers listed in the docket of this case or to advise the Court of a number at which they can be reached.

March 15, 2005.

                                      s/ **Michael R. Merz**
                            Chief United States Magistrate Judge