**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**ELWOOD H. JONES**

        Petitioner,               Case No. 01-CV-564

        v.                           JUDGE WEBER

**MARGARET A. BAGLEY, Warden**    MAGISTRATE JUDGE MERZ

        Respondent.

---

**NOTICE OF SUBSTITUTION OF COUNSEL**

---

      Please take notice that Assistant Attorney General Gregory A. Perry has replaced Deputy Attorney General Heather L. Gosselin as lead/trial counsel of record for Respondent in the above styled appeal. Deputy Attorney General Heather L. Gosselin will continue to serve as co-counsel of record and Assistant Attorney General Todd W. Newkirk should be terminated from this case. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

JIM PETRO
Ohio Attorney General

s/Gregory A. Perry
GREGORY A. PERRY* (0065251)
　*Trial Counsel*
Senior Assistant Attorney General
HEATHER L. GOSSELIN (0072467)
Deputy Attorney General

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 728-7055; Fax (614) 728-8600
Emails:   gperry@ag.state.oh.us
　　　　　hgosselin@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice Of Substitution Of Counsel* was delivered to counsel for petitioner this 24th day of March 2005 via the court's electronic filing system.

David Bodiker, Esq.
Ohio Public Defender's Office
8 East Long Street, 11th Floor
Columbus, Ohio 43215
Email: bodiker@opd.state.oh.us

Gary W. Crim
Attorney at Law
943 Manhattan Avenue
Dayton, Ohio 45406
Email: gwcrim@ameritech.net

Michael L. Monta, Esq.
Monta & Monta
3625 Old Salem Road
Dayton, Ohio 45415
Email: Zbeard7@aol.com

s/Gregory A. Perry
GREGORY A. PERRY (0065251)