# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

    Petitioner,

           -vs-

MARGARET BAGLEY, Warden,

    Respondent.

:

:

:

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

## NOTICE RESETTING PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference to discuss the status of this case which was scheduled for June 15, 2005, at 9:00 a.m. is hereby reset to **Friday July 1, 2005, at 9:30 a.m.** The parties are directed to be available at the office telephone numbers listed in the docket of this case or to advise the Court of a number at which they can be reached.

June 6, 2005.

                                                                           s/ **Michael R. Merz**
                                                        Chief United States Magistrate Judge