# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

      Petitioner,

Case No. 1:01-cv-564

-vs-

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,

      Respondent.

## SCHEDULING ORDER

This case came on for telephone scheduling conference at 9:30 A.M. on Friday, July 1, 2005. Petitioner was represented by Michael Monta and Gary Crim; Respondent was represented by Heather Gosselin and Gregory Perry.

As a result of the conference, it is hereby ORDERED:

1. Petitioner shall file his motion for appointment of an investigator not later than July 10, 2005.

2. Petitioner shall file his motion for additional discovery in the case not later than September 1, 2005.

3. Respondent shall file her motion for discovery not later than the date on which she files her memorandum in response to Petitioner's motion for discovery.

July 1, 2005.

                                        s/ **Michael R. Merz**
                                      Chief United States Magistrate Judge