**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**ELWOOD H. JONES**

        Petitioner,               Case No. 01-CV-564

        v.                              JUDGE WEBER

**MARGARET A. BAGLEY, Warden**        MAGISTRATE JUDGE MERZ

        Respondent.

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that **Deputy Attorney General Matthew C. Hellman** has replaced **Assistant Attorneys General Gregory A. Perry** and **Tara L. Berrien** as lead/trial counsel of record for Respondent in the above styled appeal. **Senior Deputy Attorney General Heather L. Gosselin** will continue to serve as co-counsel of record. **Assistant Attorneys General Gregory A. Perry and Tara L. Berrien should be terminated from this case**. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

JIM PETRO
Ohio Attorney General

s/Matthew C. Hellman
MATTHEW C. HELLMAN* (0071628)
   *Trial Counsel*
Deputy Attorney General
HEATHER L. GOSSELIN (0072467)
Senior Deputy Attorney General

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 728-7055; Fax (614) 728-8600
Emails:  mhellman@ag.state.oh.us
          hgosselin@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice Of Substitution Of Counsel* was delivered to counsel for petitioner this 23rd day of January 2006, via the court's electronic filing system.

David Bodiker, Esq.
Ohio Public Defender's Office
8 East Long Street, 11th Floor
Columbus, Ohio 43215
Email: bodiker@opd.state.oh.us

Michael L. Monta, Esq.
Monta & Monta
3625 Old Salem Road
Dayton, Ohio 45415
Email: Zbeard7@aol.com

Gary W. Crim
Attorney at Law
943 Manhattan Avenue
Dayton, Ohio 45406
Email: gwcrim@ameritech.net

s/Matthew C. Hellman
MATTHEW C. HELLMAN* (0071628)