# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

:

      Petitioner,                      Case No. 1:01-cv-564

:       District Judge Thomas M. Rose

   -vs-                         Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,

:

      Respondent.

---

## SCHEDULING ORDER

---

       The period allowed for discovery herein having expired on March 15, 2006, it is hereby that

Petitioner file any motion for evidentiary hearing not later than April 17, 2006.

March 25, 2006.

                              s/ Michael R. Merz
                       Chief United States Magistrate Judge