IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

ELWOOD H. JONES

    Petitioner

v.

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

### Elwood H. Jones's Motion to Extend Time for Filing Motion for Evidentiary Hearing

Elwood H. Jones moves this Court for an order extending the time for filing a motion for evidentiary hearing for seven days.

### Elwood H. Jones's Memorandum in Support of Motion to Extend Time for Filing Motion for Evidentiary Hearing

Counsel anticipates that a motion for setting a date for the Traverse and a reply will be filed after consultation with counsel for the Warden.

                                                                              <u>s/Micheal L. Monta</u>
                                                                              MICHAEL L. MONTA
Trial Counsel
3625 Old Salem Road
Dayton, Ohio 45415
(937) 890-6921

**s/ Gary W. Crim**
GARY W. CRIM (0020252)
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770

Attorneys for Elwood H. Jones

## Certificate of Service

I, Gary W. Crim, counsel for Elwood H. Jones, certify that on April 17, 2006, I served a copy of this Motion to Extend Time for Filing Motion for Evidentiary Hearing on Counsel for the Warden, Matthew C Hellman, by emailing it to mhellman@ag.state.oh.us.

**s/ Gary W. Crim**
GARY W. CRIM
