IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

ELWOOD H. JONES

    Petitioner

v.

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

### Elwood H. Jones's Second Motion to Extend Time for Filing Motion for Evidentiary Hearing

Elwood H. Jones moves this Court for an order extending the time for filing a motion for evidentiary hearing for seven days.

### Elwood H. Jones's Memorandum in Support of Second Motion to Extend Time for Filing Motion for Evidentiary Hearing

Counsel anticipates that a motion for setting a date for the Traverse and a reply will be filed after consultation with counsel for the Warden.

Counsel has discussed this motion with opposing counsel, who does not oppose it.

    **s/Micheal L. Monta**
MICHAEL L. MONTA
Trial Counsel
3625 Old Salem Road
Dayton, Ohio 45415
(937) 890-6921

                                  **s/ Gary W. Crim**
                                  GARY W. CRIM (0020252)
                                  943 Manhattan Avenue
                                  Dayton, Ohio 45406-5141
                                  (937) 276-5770

                                  Attorneys for Elwood H. Jones

## Certificate of Service

I, Gary W. Crim, counsel for Elwood H. Jones, certify that on April 18, 2006, I served a copy of this Second Motion to Extend Time for Filing Motion for Evidentiary Hearing on Counsel for the Warden, Matthew C Hellman and Heather L. Gosselin, by emailing it to mhellman@ag.state.oh.us and hgosselin@ag.state.oh.us.

                                **s/ Gary W. Crim**
                                  GARY W. CRIM