UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ELWOOD H. JONES**

        Petitioner,          **Case No. 01-CV-564**

        v.          **Judge Thomas M. Rose**

**MARGARET A. BAGLEY, Warden**          **Magistrate Judge Michael R. Merz**

        Respondent.          *Death Penalty Case*

### NOTICE OF TERMINATION OF COUNSEL

Please take notice that **Betty D. Montgomery is no longer Attorney General and should be terminated as** counsel of record for Respondent in the above styled appeal. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

        Respectfully submitted,

        JIM PETRO
        Ohio Attorney General

        s/Matthew C. Hellman
        **MATTHEW C. HELLMAN\* (0071628)**
          *\*Lead and Trial Counsel*
        **Deputy Attorney General**
        Email: mhellman@ag.state.oh.us

        **HEATHER L. GOSSELIN (0072467)**
        **Senior Deputy Attorney General**
        Email: hgosselin@ag.state.oh.us

        Capital Crimes Section
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215
        (614) 728-7055; Fax (614) 728-8600

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Notice of Termination of Counsel* was delivered to counsel for petitioner this 5th day of May 2006, via the court's electronic filing system.

| | |
|---|---|
| David Bodiker, Esq. | Gary W. Crim |
| Ohio Public Defender's Office | Attorney at Law |
| 8 East Long Street, 11th Floor | 943 Manhattan Avenue |
| Columbus, Ohio 43215 | Dayton, Ohio 45406 |
| Email: bodiker@opd.state.oh.us | Email: gwcrim@ameritech.net |

Michael L. Monta, Esq.
Monta & Monta
3625 Old Salem Road
Dayton, Ohio 45415
Email: Zbeard7@aol.com

        s/Matthew C. Hellman
        MATTHEW C. HELLMAN\* (0071628)