IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

ELWOOD H. JONES

    Petitioner

v.

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

### Elwood H. Jones's Motion for Leave to File and Amended and Corrected Traverse

Elwood H. Jones moves this Court for an order allowing him to file the attached Amended and Corrected Traverse.

### Elwood H. Jones's Memorandum in Support of Motion for Leave to File and Amended and Corrected Traverse

There was a failure of communication between Mr. Jones' counsel yesterday afternoon. The Traverse was filed without the final corrections being made. The Traverse is not actually due until next Monday. Counsel for Mr. Jones has discussed this matter with Counsel for the Government and the Government does not oppose this motion.

Thus, this Court should grant the motion for leave to file an Amended and Corrected Traverse.

    s/Michael L. Monta
MICHAEL L. MONTA (0032777)
Trial Counsel
3625 Old Salem Road
Dayton, Ohio 45415-1427
(937) 890-6921

        **s/ Gary W. Crim**
        GARY W. CRIM (0020252)
        943 Manhattan Avenue
        Dayton, Ohio 45406-5141
        (937) 276-5770

        Attorneys for Elwood H. Jones

**Certificate of Service**

I, Gary W. Crim, counsel for Elwood H. Jones, certify that on September 7, 2006, I served a copy of this Motion for Leave to File and Amended and Corrected Traverse on Counsel for the Warden, Matthew C Hellman and Heather L. Gosselin, by emailing it to mhellman@ag.state.oh.us and hgosselin@ag.state.oh.us.

        **s/ Gary W. Crim**
        GARY W. CRIM