# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELWOOD H. JONES,  :

    Petitioner.  :  Civil No. 1:01-cv-564

- vs -  :  District Judge Thomas M. Rose
                                 Magistrate Judge Michael R. Merz

MARGARET BAGLEY, WARDEN,  :

    Respondent.  :

**ORDER GRANTING MOTION TO CHANGE DATE OF EVIDENTIARY HEARING
AND RE-SETTING EVIDENTIARY HEARING**

Pursuant to the unopposed Motion to Change Date of Evidentiary Hearing (Doc. No. 91) filed by Petitioner, the evidentiary hearing previously set in this case for May 14, 2007, has been reset to commence on July 16, 2007 at 9:00 a.m. for four days; however, on Wednesday, July 18, 2007, the hearing shall commence at 1:00 p.m. The hearing shall take place in Courtroom No. 4, Fifth Floor, Federal Building, 200 West Second Street, Dayton, Ohio 45402, before Chief United States Magistrate Judge Michael R. Merz.

Petitioner must file forthwith a motion for writ of habeas corpus ad testificandum if his own attendance is desired.

February 16, 2007.

                                                                s/ **Michael R. Merz**
                                                  Chief United States Magistrate Judge