IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

ELWOOD H. JONES

    Petitioner

v.

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

## Elwood H. Jones's Petition For Writ Of Habeas Corpus Ad Testificandum

Petitioner, Elwood H. Jones (Inmate No. A339441), requests that this Court issue a Writ of Habeas Corpus Ad Testificandum under 28 U.S.C. §§ 2241(c)(5) and 2243. The writ should order the Warden of the Ohio State Penitentiary, Youngstown, Ohio, to bring Petitioner before this Court for the evidentiary hearing scheduled for July 16, 2007 at 9:00 a.m. for four days; however, on Wednesday, July 18, 2007, the hearing shall commence at 1:00 p.m. The hearing shall take place in Courtroom No. 4, Fifth Floor, Federal Building, 200 West Second Street, Dayton, Ohio 45402, before Chief United States Magistrate Judge Michael R. Merz. The writ should further order Petitioner's return to the Ohio State Penitentiary after the hearing.

    Respectfully Submitted,

    *s/Michael L. Monta*
    MICHAEL L. MONTA (0032777)
    Trial Counsel
    3625 Old Salem Road
    Dayton, Ohio 45415-1427
    (937) 890-6921

*s/Gary W. Crim*
GARY W. CRIM (0020252)
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770

Attorneys for Elwood H. Jones

## Certificate of Service

I, Gary W. Crim, counsel for Elwood H. Jones, certify that on March 21, 2007, I served a copy of this Petition For Writ Of Habeas Corpus Ad Testificandum on Counsel for the Warden, Matthew C Hellman and Heather L. Gosselin, by emailing it to mhell-man@ag.state.oh.us; hgosselin@ag.state.oh.us.

*s/Gary W. Crim*
GARY W. CRIM