**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ELWOOD JONES, JR. | * | |
| Petitioner, | * | CASE NO. 1:01-cv-00564 |
| v. | * | JUDGE THOMAS ROSE |
| MARGARET BAGLEY, WARDEN | * | MAGISTRATE JUDGE MERZ |
| Respondent. | * | |

**RESPONDENT'S MOTION FOR WITHDRAWAL AS COUNSEL**

Now comes Heather L. Gosselin, Principal Assistant Attorney General for Respondent, and hereby notifies the court she is no longer with the Capital Crimes Unit of the Attorney General's Office and requests withdrawal as counsel of record for Respondent in the above styled appeal.

Respectfully submitted,

**MARC DANN**
Ohio Attorney General


s/Heather L. Gosselin_____
**HEATHER L. GOSSELIN (0072467)**
Principal Assistant Attorney General
Capital Crimes
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600

**COUNSEL FOR WARDEN**

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Respondent's Motion for Withdrawal as Counsel* has been forwarded, via this court's electronic filing system to Michael L. Monta, 3625 Old Salem Road, Dayton, Ohio 45415 and Gary W. Crim, 943 Manhattan Avenue, Dayton, Ohio 45406-5141, on this the 19th day of June, 2007.

    s/Heather L. Gosselin
**HEATHER L. GOSSELIN (0072467)**
Principal Assistant Attorney General