## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ELWOOD JONES, JR.                    *

      Petitioner,                  *    CASE NO. 1:01-cv-00564

          v.                      *    JUDGE THOMAS ROSE

MARGARET BAGLEY, WARDEN       *    MAGISTRATE JUDGE MERZ

      Respondent.                  *

---

### APPEARANCE OF COUNSEL

---

Assistant Attorney General **Sarah A. Hadacek** hereby enters her appearance as Co-Counsel on behalf of the Respondent, Warden, Margaret Bagley. Assistant Attorney General **Matthew C. Hellman** will remain as Lead and Trial Counsel in the case. Please direct copies of all pleadings, correspondence, or other documents filed with this Honorable Court to the undersigned.

        Respectfully submitted,

        **MARC DANN**
        Ohio Attorney General

        s/Sarah A. Hadacek_____
        **SARAH A. HADACEK (0080621)**
        Assistant Attorney General
        Capital Crimes
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215-3428
        (614) 728-7055; (614) 728-8600

        **COUNSEL FOR WARDEN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Appearance of Counsel* has been forwarded, via this court's electronic filing system to Michael L. Monta, 3625 Old Salem Road, Dayton, Ohio 45415 and Gary W. Crim, 943 Manhattan Avenue, Dayton, Ohio 45406-5141, on this the 19th day of June, 2007.


s/Sarah A. Hadacek_____
**SARAH A. HADACEK (0080621)**
Assistant Attorney General