# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

    Petitioner,                        :        Case No. 1:01-cv-564

                                  :        District Judge Thomas M. Rose
    -vs-                                     Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,

                                  :

    Respondent.

## CONTINUANCE ENTRY

This case came on for status conference by telephone at 11:00 a.m. on Tuesday, July 10, 2007. Matthew Hellman, Sarah Hadacek, Gary Crim, and Michael Monta participated on behalf of their respective clients.

On joint oral motion of the parties, the evidentiary hearing herein in re-set to September 24, 2007.

Petitioner will forthwith furnish the Respondent with the names of all persons for whom they had issued subpoenas to testify at the evidentiary hearing. Not later than July 20, 2007, Respondent shall file his motion to exclude such of those witnesses as Respondent objects to. Respondent is grantd leave to depose Dr. Solomkin. Respondent will promptly furnish the Court with the expected affidavit of Valentine Nathan and the photographs which he provided to Respondent's counsel.

July 10, 2007.

                                                                s/ **Michael R. Merz**
                                                              Chief United States Magistrate Judge