1:01 cv 564



RETURN

This writ was received and executed with the transportation of the above-named inmate as follows:

_____.

Date Received:_____

Date of Return:_____

_____
Officer

**RTUX**
(Return Unexecuted)
Date: 10th Day of July, 2007
Explanation: Hearing to be re-scheduled.

By: _____
Signature of Officer

07 JUL 10 PM 4:19
MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ELWOOD H. JONES,                               :

        Petitioner.                      :       Civil No. 1:01-cv-564

- vs -                                         :       District Judge Thomas M. Rose
                                                   Chief Magistrate Judge Michael R. Merz
MARGARET BAGLEY, WARDEN,                       :

        Respondent.                     :

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN, OHIO STATE PENITENTIARY
TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:
AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:

       We command you, that you have the person of **ELWOOD JONES, Prisoner # A339441,** in the Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, before the undersigned United States Magistrate Judge for the Southern District of Ohio, on the **16TH day of July, 2007 through the 19th day of July, 2007 at 9:00 a.m. each day** for evidentiary hearing at the United States District Court, 200 West Second Street, Courtroom #4, Fifth Floor, Dayton, Ohio. However, on Wednesday, July 18, 2007, the hearing shall commence at 1:00 p.m.

       We further command you, that said **ELWOOD H. JONES** is to be present each day pending testimony in the pending case, and then that you return him to the said Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, and have you then and there this Writ. The Warden shall provide transportation to and from said hearing.

       Certified copy of this Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

April 11, 2007

                                                               s/ *Michael R. Merz*
                                                    United States Magistrate Judge