IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

ELWOOD H. JONES

     Petitioner

v.

MARGARET BAGLEY, Warden,

     Respondent.

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

**Elwood H. Jones's Petition For Writ Of
Habeas Corpus Ad Testificandum**

Petitioner, Elwood H. Jones (Inmate No. A339441), requests that this Court issue a Writ of Habeas Corpus Ad Testificandum under 28 U.S.C. §§ 2241(c)(5) and 2243. The writ should order the Warden of the Ohio State Penitentiary, Youngstown, Ohio, to bring Petitioner before this Court for the evidentiary hearing beginning September 24, 2007. The hearing shall take place in Courtroom No. 4, Fifth Floor, Federal Building, 200 West Second Street, Dayton, Ohio 45402, before Chief United States Magistrate Judge Michael R. Merz. The writ should further order Petitioner's return to the Ohio State Penitentiary after the hearing.

Respectfully Submitted,

*s/Michael L. Monta*

MICHAEL L. MONTA (0032777)
Trial Counsel
3625 Old Salem Road
Dayton, Ohio 45415-1427
(937) 890-6921

*s/Gary W. Crim*

GARY W. CRIM (0020252)
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770

Attorneys for Elwood H. Jones

### Certificate of Service

I, Gary W. Crim, counsel for Elwood H. Jones, certify that on March 21, 2007, I served a copy of this Motion for Evidentiary Hearing on Counsel for the Warden, Matthew C Hellman and Sarah Hadacek, by emailing it to mhellman@ag.state.oh.us; shadacek@ag.state.oh.us.

*s/Gary W. Crim*

GARY W. CRIM