UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ELWOOD H. JONES

    Petitioner,   Case No. 01-CV-564

    v.   JUDGE ROSE

MARGARET A. BAGLEY   MAGISTRATE JUDG MERZ

    Respondent.

## AFFIDAVIT OF VALENTINE NATHAN

State of New York,
County of New York

1. The decedent in this case, Rhoda Nathan, was my mother.

2. Peter Nathan is my brother. Peter was also Rhoda's son.

3. On July 6, 2007, I received a telephone call from my brother, Peter Nathan. Peter informed me that he had been going through some of our parents' things that were in his possession, and discovered the ring from which the diamonds for my mother's pendant had been taken. Peter also informed me that he had discovered a Tilden Jewelers envelope, on which were written instructions for the making of the pendant. I contacted Assistant Attorney General Matthew Hellman and informed him of this information.

4. On July 6, 2007, Peter and his wife departed for South Africa. On July 7, 2007, I retrieved the ring and envelope from Edith Tunick, Peter's mother-in-law, with whom he had entrusted the ring for me to retrieve.

5. I took six digital photos of the ring and two digital photos of the envelope. I e-mailed those eight photos to Mr. Hellman. Additionally, I faxed to Mr. Hellman two photocopies of the ring and one photocopy of the envelope.

6. As Mr. Hellman directed, I mailed the ring and envelope to him.

FURTHER AFFIANT SAYETH NAUGHT

_____
Valentine Nathan, Affiant

Sworn to and subscribed before me on this 18th day of July, 2007.

_____
Notary Public

MELISSA ECHEVERRY
Notary Public - State of New York
NO. 01EC6159111
Qualified in Queens County
My Commission Expires 01/18/2011