**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**ELWOOD H. JONES**

    Petitioner,               Case No. 01-CV-564

    v.                         JUDGE ROSE

**MARGARET A. BAGLEY, Warden**    MAGISTRATE JUDGE MERZ

    Respondent.

---

**RESPONDENT'S MOTION FOR WITHDRAWAL AS COUNSEL**

---

Now comes Matthew C. Hellman, Principal Assistant Attorney General for Respondent, and hereby notifies the court he is no longer with the Capital Crimes Unit of the Attorney General's Office and requests withdrawal as lead and trial counsel of record for Respondent in the above styled appeal.

                Respectfully submitted,

                MARC DANN
                Ohio Attorney General

                s/Matthew C. Hellman
                **MATTHEW C. HELLMAN (0071628)***
                    *\*Lead and Trial Counsel*
                Principal Assistant Attorney General
                Capital Crimes Unit
                30 East Broad Street, 23rd Floor
                Columbus, Ohio 43215
                (614) 728-7055; Fax (614) 728-8600
                Emails:  mhellman@ag.state.oh.us

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Respondent's Motion to Withdraw as Counsel* was delivered via the court's electronic filing system this 23rd day of July 2007 to counsel for petitioner.

David Bodiker, Esq.
Ohio Public Defender's Office
8 East Long Street, 11th Floor
Columbus, Ohio 43215
(614) 466-5394
Email: bodiker@opd.state.oh.us

Gary W. Crim, Esq.
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770
Email: gwcrim@ameritech.net

Michael L. Monta, Esq.
Monta & Monta
3625 Old Salem Road
Dayton, Ohio 45415
(937) 890-6921
Email: Zbeard7@aol.com


                                                            s/Matthew C. Hellman
                                                            **MATTHEW C. HELLMAN (0071628)**