UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ELWOOD H. JONES**

   Petitioner,      Case No. 01-CV-564

   v.          JUDGE ROSE

**MARGARET A. BAGLEY, Warden**   MAGISTRATE JUDGE MERZ

   Respondent.

---

NOTICE OF APPEARANCE OF COUNSEL

---

  **Assistant Attorney General Stephen E. Maher** hereby enters his appearance as co-counsel of record for Respondent in the above styled appeal. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

            Respectfully submitted,

            MARC DANN
            Ohio Attorney General

            s/Stephen E. Maher
            **STEPHEN E. MAHER (0032279)**
            Assistant Attorney General
            Capital Crimes Unit
            30 East Broad Street, 23rd Floor
            Columbus, Ohio 43215
            (614) 728-7055; Fax (614) 728-8600
            Emails:  smaher@ag.state.oh.us

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Notice Of Appearance Of Counsel* was delivered via the court's electronic filing system this 23rd day of July 2007 to counsel for petitioner.

David Bodiker, Esq.
Ohio Public Defender's Office
8 East Long Street, 11th Floor
Columbus, Ohio 43215
(614) 466-5394
Email: bodiker@opd.state.oh.us

Gary W. Crim, Esq.
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770
Email: gwcrim@ameritech.net

Michael L. Monta, Esq.
Monta & Monta
3625 Old Salem Road
Dayton, Ohio 45415
(937) 890-6921
Email: Zbeard7@aol.com

s/Stephen E. Maher
**STEPHEN E. MAHER (0032279)**