## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ELWOOD H. JONES**

   Petitioner,      Case No. 01-CV-564

     v.        JUDGE ROSE

**MARGARET A. BAGLEY, Warden**  MAGISTRATE JUDGE MERZ

   Respondent.

---

### NOTICE OF SUBSTITUTION OF COUNSEL

---

   Please take notice that **Principal Attorney General Matthew C. Hellman** has been replaced as lead and trial counsel of record for Respondent in the above styled appeal by **Assistant Attorney General Sarah A. Hadacek**. **Assistant Attorney General Stephen E. Maher** will serve as co-counsel in the case. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

        Respectfully submitted,

        MARC DANN
        Ohio Attorney General

        s/Sarah A. Hadacek

        **SARAH A. HADACEK\* (0080621)**
         *\*Lead and Trial Counsel*
        Assistant Attorney General
        **STEPHEN E. MAHER (0032279)**
        Assistant Attorney General
        Capital Crimes Unit
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215
        (614) 728-7055; Fax (614) 728-8600
        Emails:  shadacek@ag.state.oh.us
           smaher@ag.state.oh.us

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing *Notice Of Substitution Of Counsel* was delivered via the court's electronic filing system this 23<u>rd</u> day of July 2007 to counsel for petitioner.

David Bodiker, Esq.
Ohio Public Defender's Office
8 East Long Street, 11th Floor
Columbus, Ohio 43215
(614) 466-5394
Email: bodiker@opd.state.oh.us

Gary W. Crim, Esq.
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770
Email: gwcrim@ameritech.net

Michael L. Monta, Esq.
Monta & Monta
3625 Old Salem Road
Dayton, Ohio 45415
(937) 890-6921
Email: Zbeard7@aol.com

s/Sarah A. Hadacek
**SARAH A. HADACEK (0080621)**