PAGE 1 OF 3 PAGES — SUPPLEMENTARY REPORT — BLUE ASH, OHIO POLICE DEPARTMENT

1. OFFENSE NO: 94-HM-001

| Field | Value |
|---|---|
| 3. Form used to report | Followup investigation or supplemental information (X) |
| 4. DAY | FRI |
| DATE OF THIS REPORT | 9-16-94 |
| TIME | 1430 |
| 5. NAME OF COMPLAINANT / REPORTING PERSON | NATHAN, RHODA |
| 6. Followup or Supplementary | X |
| 7. CORRECT OFFENSE OR INCIDENT CLASSIFICATION | AGG. MURDER |

8. ON 9-15-94, R/O RESPONDED TO THE SUFFERN, NEW YORK, POLICE DEPT. AND MET WITH SGT. MIKE FEDISH. HE ACCOMPANIED THE R/O TO 53 PRARIE AVE, SUFFERN, N.Y., THE RESIDENCE OF VALENTINE AND ELKE NATHAN. VALENTINE IS THE SON OF THE VICTIM. THE PURPOSE OF INTERVIEWING MR. & MRS. V. NATHAN WAS TO SHOW THEM THE PENDANT RECOVERED IN THE AUTO OF ELWOOD JONES AND TO DETERMINE WHETHER OR NOT THE PENDANT WAS THE SAME AS THE ONE OWNED BY THE VICTIM. THE INTERVIEW TIME WAS APPROX. 11:45AM.

VAL NATHAN WAS ASKED TO DESCRIBE THE VICTIM'S PENDANT PRIOR TO THE R/O SHOWING THE RECOVERED ONE TO HIM. HE STATED THAT IT HAD THREE BARS, STAGGERED, THREE SMALL DIAMONDS, AND WAS SILVER IN COLOR. HE STATED THAT HIS FATHER, ROBERT I. NATHAN, HAD THE PENDANT CUSTOM MADE FROM HIS (VAL'S) GRANDMOTHER'S ENGAGEMENT RING, AND BELIEVED THE MANUFACTURE DATE TO HAVE BEEN IN 1980 OR 1981. HE DID NOT BELIEVE THAT HIS FATHER HAD ANY PARTICULAR JEWELRY STORE THAT HE FREQUENTED, HOWEVER IT PROBABLY WOULD HAVE BEEN IN BRONX, N.Y. WHERE HE OWNED THREE HARDWARE STORES.

THE RECOVERED PENDANT WAS UNSEALED FROM THE PROPERTY ENVELOPE & SHOWN IN THE PRESENCE OF VAL & ELKE NATHAN AND SGT. FEDISH. MR. NATHAN STATED THAT HE WAS ALMOST CERTAIN HIS MOTHER'S PENDANT WASN'T GOLD AND THAT THERE WASN'T ANOTHER BAR ACROSS THE BOTTOM AS THE ONE HE WAS BEING SHOWN. HE WAS THEN REQUESTED TO REVIEW FAMILY PHOTO'S OF HIS MOTHER WEARING THE PENDANT WHICH WAS STOLEN. MR. NATHAN DID SO, AND STATED "FROM MEMORY, I

000430

15. REPORTING OFFICER: SGT. J. SCHAFFER   BADGE NO. 429
14. SUPERVISOR APPROVING: Sgt. Schaffer
DATE: 9-16-94   TIME: 1515

RECORDS

| PAGE 2 OF 3 PAGES | SUPPLEMENTARY REPORT — BLUE ASH, OHIO POLICE DEPARTMENT | 1. OFFENSE NO. 94-HM-001 |
|---|---|---|

| 2. FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | 3. FORM USED TO REPORT FOLLOWUP INVESTIGATION OR SUPPLEMENTAL INFORMATION [X] | 4. DAY FRI | DATE OF THIS REPORT 9-16-94 | TIME 1430 | HRS AM/PM | 5. NAME OF COMPLAINANT - REPORTING PERSON NATHAN, RHODA |
|---|---|---|---|---|---|---|

| 6. KIND OF REPORT CONTINUED: OFFENSE / OTHER / ARREST / FOLLOWUP OR SUPPLEMENTARY [X] | 7. CORRECT OFFENSE OR INCIDENT CLASSIFICATION AGG. MURDER | CHANGED YES |
|---|---|---|

8. ...wasn't certain, by looking at the pictures, I have to say I didn't remember it as I thought I would." When asked what he would say under oath if asked whether or not that the pendant in our custody was in fact his mother's stolen pendant, he replied "as comparing that piece to pictures, I would swear to it beyond a reasonable doubt. That's it."

Mrs. Nathan commented that she would be willing to call Ira Nathan, Val Nathan's uncle, and see if he knew where the pendant had been crafted. Ira Nathan by phone stated that the pendant had not been custom crafted from the grandmother's engagement as originally thought, as he was in possession of this ring. He thought that Robert I. Nathan, his brother and Val's father, had purchased the pendant at Michael's Jewelry Store in Bronx, N.Y. on Crosby Avenue. The interview with the Nathan's was concluded, and the R/O was provided with a photograph of Rhoda Nathan wearing the pendant.

On 9-15-94 at approximately 14:30 hrs., R/O arrived at the New York City Police Dept., Major Case Squad, #1 Police Plaza Room 1106 New York, N.Y. 10038 (212-374-3955) and met with Sgt. Piraino, Det. Keenan, and Det. Shaunessy. Det. Shaunessy accompanied the R/O to Michael's Jewelry Store located at 1755 Crosby Avenue, Bronx, N.Y. (718-828-6105). An interview was conducted with store owner Mario Fumoso. Mr. Fumoso owned the

000431

| 11. LEADS/RCIC/NCIC | 12. SENT DATE TIME HRS. | 13. CANCELLD DATE TIME | 14. SUPERVISOR APPROVING Sgt. Schaffer | BADGE NO. |
|---|---|---|---|---|
| 15. REPORTING OFFICER SGT. J. SCHAFFER | BADGE NO. 429 | 16. REPORTING OFFICER | BADGE NO. | DATE 9-16-94 TIME 1515 |

RECORDS

| PAGE 3 OF 3 PAGES | SUPPLEMENTARY REPORT — BLUE ASH, OHIO POLICE DEPARTMENT | 1. OFFENSE NO. 94-HM-001 |

| 2. FORM USED AS CONTINUATION SHEET FOR CURRENT REPORT | 3. [X] FORM USED TO REPORT FOLLOWUP INVESTIGATION OR SUPPLEMENTAL INFORMATION | 4. DAY: FRI | DATE OF THIS REPORT: 9-16-94 | TIME: 1430 | HRS. AM/PM | 5. NAME OF COMPLAINANT - REPORTING PERSON: NATHAN, RHODA |
| 6. KIND OF REPORT CONTINUED: [ ] OFFENSE [ ] OTHER [ ] ARREST [X] FOLLOWUP OR SUPPLEMENTARY | 7. CORRECT OFFENSE OR INCIDENT CLASSIFICATION: AGG. MURDER | CHANGED: YES [ ] |

STORE IN THE EARLY 80'S, AND AFTER ABOUT 10 MINUTES OF CONVERSATION, KNEW RICHARD AND IRA NATHAN BOTH, RECALLING ONE OF THEIR HARDWARE STORES NEARBY. HE WAS SHOWN THE PENDANT IN OUR CUSTODY, HOWEVER HE STATED THAT HE DOESN'T RECALL SELLING THE PENDANT TO EITHER OF THEM. HE ESTIMATED THE VALUE OF THE PENDANT TO BE SEVERAL HUNDRED DOLLARS IN TODAY'S MARKET, HOWEVER WAS PROBABLY WORTH ONLY A COUPLE HUNDRED DOLLARS WHEN PURCHASED IN THE EARLY 1980's. HE DID STATE THAT IT COULD HAVE EITHER BEEN CUSTOM MADE OR FACTORY MANUFACTURED. MR. FUMOSO STATED THAT THE ONLY OTHER JEWELER ON CROSBY AVE. IN THE EARLY 1980's DIED SEVERAL YEARS AGO. THE INTERVIEW WAS CONCLUDED.

ON 9-16-94, THE RECOVERED PENDANT WAS RETURNED TO THE CUSTODY OF P.O. BRAY, RESEALED AND INITIALED BY THE R/O.

000432

| 15. REPORTING OFFICER: SGT. J. SCHAFFER | BADGE NO.: 429 | 16. REPORTING OFFICER | BADGE NO. | 14. SUPERVISOR APPROVING: Sgt. Schaffer | BADGE NO. | DATE: 9-16-94 | TIME: 1515 |

RECORDS