IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

ELWOOD H. JONES

    Petitioner

v.

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

## Stipulation

The parties stipulate that Ex. 2A is a document received in the usual course of business by the Hamilton County Coroner's files describing the results of tests performed on the victim, Rhoda Nathan.

Respectfully Submitted,

*s/Michael L. Monta*
MICHAEL L. MONTA (0032777)
Trial Counsel
3625 Old Salem Road
Dayton, Ohio 45415-1427
(937) 890-6921

*s/Gary W. Crim*
GARY W. CRIM (0020252)
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770

Attorneys for Elwood H. Jones

        MARC DANN
        Ohio Attorney General


        *s/Sarah A. Hadacek*
        **SARAH A. HADACEK* (0080621)**
          *Lead and Trial Counsel*
        Assistant Attorney General
        **STEPHEN E. MAHER (0032279)**
        Assistant Attorney General
        Capital Crimes Unit
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215
        (614) 728-7055; Fax (614) 728-8600
        Emails: shadacek@ag.state.oh.us
            smaher@ag.state.oh.us