IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

ELWOOD H. JONES

    Petitioner

v.

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

### Elwood H. Jones's Motion for Permission to File Documents Manually

Elwood H. Jones moves this Court for an order allowing him to file the documents in the Motion for Expansion of the Record, Dkt. 126, manually on a CD-ROM.

### Elwood H. Jones's Memorandum in Support of Motion for Permission to File Documents Manually

The documents covered in the Motion for Expansion of the Record cover several thousand pages. Filing them through the ECF system is impractical. Filing them on paper would also involve considerable inconvenience to the Court and the parties. These documents were either produced in discovery in electronic format or were scanned after being produced.

Counsel has discussed this matter with opposing counsel, who join in this motion.

Counsel for the Government does not oppose this motion.

Thus, this Court should grant the motion to allowing him to file the documents in the Motion for Expansion of the Record, Dkt. 126, manually on a CD-ROM.

Respectfully Submitted,

*s/Michael L. Monta*
MICHAEL L. MONTA (0032777)
Trial Counsel
3625 Old Salem Road
Dayton, Ohio 45415-1427
(937) 890-6921

*s/Gary W. Crim*
GARY W. CRIM (0020252)
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770

Attorneys for Elwood H. Jones

**Certificate of Service**

I, Gary W. Crim, counsel for Elwood H. Jones, certify that on September 14, 2007, I served a copy of this Motion for Permission to File Documents Manually on Counsel for the Warden, Sarah A. Hadacek and Stephen E. Maher, by emailing it to shadacek@ag.state.oh.us; smaher@ag.state.oh.us.

*s/Gary W. Crim*
GARY W. CRIM