**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

## CIVIL MINUTES

**CASE NUMBER:** 1:01-cv-564  **DATE:** 09/24/2007

**CASE CAPTION:** JONES v. BAGLEY, WARDEN

**PROCEEDINGS:** Death Penalty Evidentiary Hearing

**BEFORE CHIEF UNITED STATES MAGISTRATE JUDGE MICHAEL R. MERZ**

**COURT REPORTER:** Paula Blosser

**DIGITAL RECORDING #:** MRM070924- 083506

**COURTROOM DEPUTY:** Gayle Hays

| PETITIONER COUNSEL: | RESPONDENT COUNSEL |
|---|---|
| Michael Monta | Matthew Hellman |
| Gary Crim | Sarah Hadacek |

**Notes:**

**Testimony began in evidentiary hearing without the presence of petitioner Elwood Jones. Petitioners absence was due to failure of the Ohio State Penitentiary to answer the Writ of H.C. Ad Test. file 7/13-07; Testimony heard from Dr. Joseph Solomkin for Petitioner; Petitioner's exhibit #4 admitted into evidence without objection. Hearing adjourned in progress to resume on 9/25/2007 @ 9:30 a.m.**

**DOCKET ENTRY/ORDERS:**

H:\DOCS\COURTROOM Micellany\Jones Minutes.wpd