# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

## CIVIL MINUTES

**CASE NUMBER:** 1:01-cv-564  **DATE:** 09/25/2007

**CASE CAPTION:** JONES v. BAGLEY, WARDEN

**PROCEEDINGS:** Death Penalty Evidentiary Hearing

**BEFORE CHIEF UNITED STATES MAGISTRATE JUDGE MICHAEL R. MERZ**

**COURT REPORTER:** Paula Blosser

**DIGITAL RECORDING #:** MRM070925090057

**COURTROOM DEPUTY:** Gayle Hays

| PETITIONER COUNSEL: | RESPONDENT COUNSEL |
|---|---|
| Michael Monta | Matthew Hellman |
| Gary Crim | Sarah Hadacek |

**Notes:**
Hearing reconvened in progress from 9/24/2007; Testimony heard from Julius Sanks and Ann Adams; Petitioner's exhibit 4 admitted; Exhibits 1-7 to Dr. Solomkin's depo at trial are admitted and Respondent's hearing binder is admitted; Court exhibits 1-3 are admitted; All exhibits are housed with in the Death Penalty Room of this Court; State's exhibit #3 (the pendant) is taken in to the custody of this court and housed in the safe; Transcript is ordered at standard rate; Petition to file Amended Traverse and Motion to Amend and add new claims to be filed 4 weeks after the filing of the transcript; Respondent's response is due 4 weeks after the filing of the amended traverse; Petition's reply due 1/15/2008; The matter is taken under advisement pending briefing; Writ of H.C. is dissolved and the defendant is ordered returned to the custody of the State of Ohio.

**DOCKET ENTRY/ORDERS:**

H:\DOCS\COURTROOM Micellany\Jones Minutes.wpd