1:01cv564

### RETURN

This writ was received and executed with the transportation of the above-named inmate as follows:

Inmate was brought before USMJ Merx on 9/25/2007 and returned to Lebanon CI on conclusion.

Date Received: 7/13/2007

Date of Return: 10/2/2007

Officer

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ELWOOD H. JONES,                    :

        Petitioner.           :       Civil No. 1:01-cv-564

     - vs -                       :       District Judge Thomas M. Rose
                                          Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, WARDEN,   :

        Respondent.          :

I CERTIFY THAT IS A TRUE AND ... COPY OF THE ORIGINAL FILED IN MY OFFICE ON 7/13/07 JAMES BONIN, CLERK BY: _____ DATE 7/13/07

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**TO THE WARDEN, OHIO STATE PENITENTIARY**
**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:**
**AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:**

      We command you, that you have the person of **ELWOOD JONES, Prisoner #
A339441,** in the Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct,
before the undersigned United States Magistrate Judge for the Southern District of Ohio, on the
**24TH day of September, 2007 at 9:00 a.m. and continuing day to day until complete** for
evidentiary hearing at the United States District Court, 200 West Second Street, Courtroom #4,
Fifth Floor, Dayton, Ohio.  However, on Wednesday, September 26th, 2007, the hearing shall
commence at 1:00 p.m.

      We further command you, that said **ELWOOD H. JONES** is to be present each day
pending testimony in the pending case until complete, and then that you return him to the said
Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, and have you then
and there this Writ.  The Warden shall provide transportation to and from said hearing.

      Certified copy of this Writ shall be authority for the United States Marshal and any other
authorized law enforcement officer to act in the premises.

July 13, 2007

                                    *s/ Michael R. Merz*
                           United States Magistrate Judge

07 JUL 13 PM 4: 32    RECEIVED U S MARSHAL SOUTHERN DIST OF OHIO