## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

:

    Petitioner,                                  Case No. 1:01-cv-564

:        District Judge Thomas M. Rose
   -vs-                                      Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,

:

    Respondent.

---

### BRIEFING SCHEDULE

---

The transcript of the evidentiary hearing in this matter has now been filed by the court reporter.[1] In accordance with the schedule announced orally at the conclusion of the hearing, Petitioner's amended traverse and brief on the merits shall be filed not later than November 13, 2007; Respondent's brief on the merits shall be filed not later than December 11, 2007; and Petitioner's reply brief shall be filed not later than January 15, 2008.

October 17, 2007.

                                                                s/ **Michael R. Merz**
                                                                Chief United States Magistrate Judge

---

[1] The Court has not, however, had a response from Dr. Solomkin correcting any spelling errors in his portion of the transcript.