IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

ELWOOD H. JONES

    Petitioner

v.

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:01-cv-564

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

### Elwood H. Jones's Motion For Writ Of Certiorari

Petitioner, Elwood H. Jones, moves this Court for an order issuing a Writ of Certiorari. The writ should order the Hamilton County Official Court Reporter to produce Exhibit 71 including all of its contents. Exhibit 71 was an exhibit in State of Ohio v. Elwood Hubert Jones, Hamilton County Court of Common Pleas Case No. B-958578. Exhibit 71 and its contents were referred in the Petition in this case as the brief case that was sent to the jury during its deliberations.

Respectfully Submitted,

*s/Michael L. Monta*
MICHAEL L. MONTA (0032777)
Trial Counsel
3625 Old Salem Road
Dayton, Ohio 45415-1427
(937) 890-6921

*s/Gary W. Crim*
GARY W. CRIM (0020252)
943 Manhattan Avenue
Dayton, Ohio 45406-5141
(937) 276-5770

Attorneys for Elwood H. Jones

## Certificate of Service

I, Gary W. Crim, counsel for Elwood H. Jones, certify that on October 28, 2007, I served a copy of this Motion For Writ Of Certiorari on Counsel for the Warden, Sarah A. Hadacek and Stephen E. Maher, by emailing it to shadacek@ag.state.oh.us; smaher@ag.state.oh.us.

*s/Gary W. Crim*
GARY W. CRIM