# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

:

      Petitioner,                           Case No. 1:01-cv-564

:          District Judge Thomas M. Rose

   -vs-                                Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,

:

      Respondent.

---

## INVENTORY OF EVIDENCE RECEIVED

---

On November 6, 2007 this Court received evidence in the form of a briefcase from Hamilton County Evidence Custodian pursuant to this Court's Writ of Certiorari, Doc. No. 139. The briefcase was originally recovered in the trunk of Mr. Jones' car and was admitted into evidence in his aggravated murder trial in the Hamilton County Court of Common Pleas, Case No. B-958578 (Trial Tr., Vol. XV at 1235.) The condition of the case as received is: marked with a Blue Ash Police Department Property tag (tag number 958578), an evidence sticker marked with the same case number, and a State's Exhibit 71 sticker. The case is unlocked and tied shut with a rope. The contents inside the briefcase were thrown in with no particular order and include the below list of items. After the contents were inventoried, the briefcase was resealed in an evidence bag and stored in a locked file room. The inventory was completed by Stephanie L. Winquist, law clerk.

ITEMS INVENTORIED:
1.     46 personal photographs (41 in a Kodak envelope)
2.     1 wallet sized professional photograph from Olan Mills studio (93)
3.     Small professional photograph. No identifying studio or date
4.     Ticket from the Cincinnati Police Department 75C- 199474,
5.     Ticket from the Cincinnati Police Department 75C-420401
6.     Receipt dated June 19,1992 for payment on a ticket
7.     Empty envelope from Beneficial
8.     Empty envelope from Ohio Dept of Rehabilitation and Correction
9.     Empty envelope to Howard Jim & Trouble Shooter
10.    Photocopy of Checks from Crescent Cleaning and Tower Place Garage made out to Defendant
11.    Blank phone message with handwritten notes on the back
12.    Empty envelope from Delta Dental with handwritten notes on the front
13.    Copy of the O.R.C. 4709-Covering the practice of Barbering in Ohio. Handwritten notes made on the front and back
14.    Notebook paper with handwritten notes
15.    Lease Agreement (2 copies)
16.    Letter to the landlord regarding things Jones would like fixed (2 copies) dated July 7, 1993
17.    Letter to landlord June 27, 1993
18.    Small card in envelope
19.    Card in envelope
20.    Letter from Universal Life Church, Inc
21.    Certificate for car "This car is on Official Business, Minister, Universal Life Church"
22.    Letter from BP Oil dated June 25, 1993
23.    Letter to unknown asking for job once released on parole (4 copies)
24.    Copy of same letter above addressed to Judge Bettman
25.    Final Release and Restoration Certificate from Ohio Adult Parole Authority dated June 24, 1991 (2 copies, one original, one copy)
26.    Copy of "Your Rights and Benefits as an Ex-Offender"
27.    Letter from London Correctional Institution informing of damaged cassette
28.    Pre-parole planning form dated August 1987
29.    Letter from Mr. Vickers concerning Jones attempt to be licensed as a barber, dated June 20, 1989
30.    Letter from Ohio Parole Board responding to a letter written by Jones concerning employment. Dated Jan. 5, 1987
31.    Photocopy of docket (partially handwritten)
32.    Rental Application, blank
33.    1993 Pro Football Schedule Card
34.    Empty envelope from Ohio Taxation Department with handwritten notes on back
35.    Receipt for payment to the Hamilton County Municipal Court. Dated May 13, 1993

36.   Letter from Hamilton County Department of Human Services regarding job application
37.   Letter from William Spreen regarding to job application
38.   Letter from Santa Maria Community Services regarding job application
39.   Empty envelope from Legal Aid Society of Cincinnati marked April 30, 1993
40.   Blank envelope
41.   Folder from Mike Albert AutoCenter, contains paperwork for car(19 papers regarding the car and two phone bills)
42.   Radar detector with cord
43.   Embassy Suites Teammate Handbook
44.   Employment Application to Talbert House
45.   Eviction notice with copies of personal messages attached. Dated April 21, 1993 (2 copies)
46.   4 blank marriage certificates from Universal Church
47.   Employment application to unknown business. Dated November 20, 1990
48.   Sanitation schedule (blank)
49.   General maintenance descriptions and duties
50.   Handwritten notes with duties and descriptions ,
51.   Handwritten notes marked Chapter 3, bacteriology Sterilization and Sanitation
52.   Empty envelope with "Uncle Butch" written on front and handwritten notes on the back
53.   Oil change receipt
54.   Letter from The Witt Company, dated June 30,1992
55.   Letter from Alert Letter Service, dated August 3,1982
56.   IRS forms
57.   Phone bill payment receipt
58.   Handwritten notes on hair rinses
59.   Typed list of tristate shelters
60.   Cincinnati location test
61.   Photocopy of payroll change notice
62.   List of procedures to clean public areas checklist. (Multiple copies but each date contains handwritten notes that are specific to that date.)
      a.   April 11, 1993
      b.   April, 14, 1993 (2 copies)
      c.   April 16, 1993
      d.   April 17, 1993 (2 copies)
      e.   April 27, 1993
      f.   May 12, 1993
63.   Third Shift Houseman forms (Multiple copies but handwritten notes are different)
      a.   March 21, 1993
      b.   March 23, 1993
      c.   May 11, 1993 (2 copies)
64.   Handwritten notes beginning with "Urban Packing Corporation"
65.   Handwritten notes beginning with "Urban Packing Corporation" and then goes on

to list contacts and duties (2 pages)

66.    Blank Marriage Record Form from Universal Church (2 copies)
67.    Receipt from Dr. Selnick and Noory's office dated March 22, 1994
68.    Note from Dr. Noory (written on prescription pad) confirming that Jones was in to see him and can resume work on a certain date
69.    Disclosure form for optional credit insurance
70.    Application for social security number
71.    Embassy Suites time log for April 21, 1993, with Post-it note on back from B.W.
72.    A portion of an employment application dated February 18, 1991
73.    A court date reminder for May 13, 1993
74.    Blank job application and tax form for McDonalds (4 copies)
75.    Frisch's Cincinnati Reds Schedule for 1992
76.    A blank cash/host bar form
77.    A yellow mailing envelope addressed to John Reis , inside is a copy of a check
78.    Blank piece of paper with the header Talbert House (2 copies)
79.    Blank order/shipping form numbered 4014
80.    Small yellow mailing envelope with Jones' name handwritten on front
81.    Medium yellow mailing envelope with a handwritten phone number on front. The back has handwritten notes and a sticker addressed to T.W. Mangold Pr at Casco Products Inc. Contains two pieces of newspaper torn out of the advertising section
83.    Envelope from the IRS. Contains:
    a.    W-2 form from 1973
    b.    two business cards
    c.    an additional business card sized paper with phone number for Leroy
84.    A manilla envelope marked E.H. Jones, Jr and Yvonne Kinard. Inside contains:
    a.    photocopies of checks (6);
    b.    copy of the public area third shift checklist
        1.    May 6, 1993
        2.    May 7, 1993
    c.    third shift houseman checklist (
        1.    March 21, 1993,
        2.    May 7, 1993
        3.    May 9, 1993
        4.    May 10, 1993
    d.    Embassy Suites time sheet for April 22, 1993
    e.    3 installment loan banking information
    f.    2 pay stubs
        1.    April 25, 1993
        2.    May 9, 1993
    g.    One envelope from P.O. Box 81083 AMF. Postmarked March 6, 1993. There is a handwritten phone number on the back
    h.    One envelope containing bills and receipts
    I.    Saving deposit slip (original and copy)
    j.    Vehicle inspection report

85.    Blank envelope marked Butch on the front
86.    List of references
87.    Birthday card
88.    An employment application for a Hattie Sharpe to Windsor Capital Group
89.    An employment application for a Victor Tuning to Windsor Capital Group
90.    Blank certificate for "Anniversary Wishes to the World's Most Loving Couple"
91.    Blank "fragile do not bend" envelope
92.    Portion of Jones' resume
93.    Blank small yellow piece of paper
94.    A torn sheet of paper with handwritten notes on it concerning car parts and prices
95.    Receipt from Shell dated May 17, 1993
96.    Receipt from Shell dated May 12, 1993
97.    Postcard from Ohio Bureau of Workers Compensation
98.    Torn envelope
99.    Receipt from Mike Albert Leasing dated September 29, 1992
100.   Envelope from BP Oil, postmarked June 29, 93
101.   Envelope from Ohio Rehabilitation Services, postmarked February 14, 1991
102.   Receipt for personal money order from Fifth Third, dated June 29, 1991
103.   Envelope from the Ohio Bureau of Motor Vehicles, empty return envelope inside
104.   Blank Employment Application from Frisch's
105.   Second page of job application to unknown employer
106.   Ordination Correspondence Course For Members of the Church of Ultimate
       Reality information sheet
107.   The Church of Ultimate Reality Information Sheet
108.   Letter from Oak Pavilion Nursing Center regarding past employment, dated June
       30, 1992
109.   Determination of Benefits form, dated March 14, 1992
110.   Blank employment application to Talbert House
111.   Blank Church of Ultimate Reality Membership Application
112.   Typed list of names
113.   Hour sheet from Pro-Quest, Inc dated September 21, 1990
114.   Letter from IRS dated June 26, 1992
115.   McAlpines mailer
116.   Typed list of assistance places including mental health and drug support
117.   Handwritten notes
118.   Blank form labeled Affidavit of Original or Sub-Contractors (2 copies)
119.   Blank building contract (2 copies)
120.   Handwritten notes describing barber techniques
121.   Handwritten notes on small paper, hair and skin information
122.   Letter from State of Ohio Bureau of Workers Compensation (no date on letter
       though date of injury was listed as September 27, 1990
123.   Letter from Sonic International regarding replacement of the broken cassette
       player
124.   Receipt for certified mail postmarked July 30, 1993

125. Power of attorney to assign title to car September 28,1992
126. London Correctional Institution Mail Office Memo to Sonic dated November 20, 1986
127. GED
128. Letter from Jones to the People's Church of God
129. Sonic Shipping Order for cassette player November 19, 1986
130. Photocopy of Sonic shipping order and limited warranty (2 copies)
131. Letter seeking employment from Jones to unknown employer. No date
132. Letter from Jones to Mr. Breach about getting social work license, dated July 18, 1987
133. Small piece of paper with handwritten notes of job positions and companies
134. Pay stub from Tower Place garage dated January 14, 1992
135. Sheet from Ohio Rehabilitation Services with contact information and phone numbers (business card attached)
136. Post-it note with the word "stamp"
137. Reply letter from Central Community Health Board of Hamilton County regarding employment, dated August 4, 1987
138. Envelope from Ohio Bureau of Employment services, postmarked March 14, 1992
    a.    Inside is post it note with handwritten notes
    b.    Filled out work search and employability questionnaire
139. Letter from Urban Parking Corporation regarding past employment, dated February 28, 1992 (2 copies)
140. Letter to Butch from Lauretta, not dated
141. Application for employment to unknown employer. Dated August 20, 1990 but that is crossed out
142. Flyer on driving without insurance (2 copies)
143. Receipt from Mike Albert Leasing, dated March 15, 1993
144. Envelope from Department of Health and Human Services. No postmark. Does have a Notify Sender of New Address stamp on front. Inside contains a social security earnings Record dated June 16,1993
145. Dealer warranty disclaimer, September 28, 1992
146. Envelope from Ohio Bureau of Motor Vehicles. No postmark. Has a "Notify sender of new address" sticker on the front.
147. Letter from Credit Department of Value City furniture March 9, 1993
148. Return envelope to Ohio Bureau of Motor Vehicles
149. CostGuard Brochure
150. Envelope. No addressee or sender. Postmarked March 12, 1993
151. Form from Acceleration Life Insurance Company no date, certificate number 10652759
152. envelope from Acceleration Life Insurance Company, postmarked November 4, 1992, number handwritten on back of envelope
153. Blank application for employment to unknown employer(2 copies)
154. Flyer for sale at goodwill store. Number handwritten on back of form

155.   Receipt from Shell July 8, 1993
156.   Receipt from Shell July 20, 1993
157.   Letter from Legal Aid dated April 30, 1993
158.   Firestone limited warranty March 4, 1993
159.   Firestone Mastercare Car Service March 9,1993
160.   Classified Advertising Section of Universal Life Newspaper Spring 1978
161.   Birthday card
162.   White envelope addressed to Jones
163.   Letter from New Life Youth Services regarding job application, dated November 30, 1988
164.   Letter from Emerson A. North Hospital regarding job application, dated October 28, 1986
165.   Letter from The Lighthouse Runaway Shelter regarding job application, dated January 28, 1987
166.   Manilla folder. No identifiers on outside. Inside contains:
   a.   Letter from the Hamilton County Department of Human Services regarding job application, dated December 16, 1986
   b.   Letter from Cancer Family Care regarding job application, dated 1/23/87
   c.   Card printed from computer
   d.   Letter from Jones to Alcohol and Drug Recovery Center concerning employment, dated November 17, 1986
   e.   Typed list of hospitals and drug rehabilitation centers
   f.   Letter from Straight in regards to job application dated August 24, 1987
   g.   Letter from The Children's Home in regarding job application, dated May 22, 1987
   h.   Form titled Proposal. Listed from BJ Repair Services to a Mr. And Mrs Pool. Dated March 12, 1983
   I.   Letter from Jones to the Friars Club Social Services director concerning employment, dated December 3, 1986
   j.   Letter from St. Francis George in regards to job application, dated November 10, 1986 (2 copies, one original and one copy)
   k.   Letter from Jones to Counselor and Social Worker Board asking for the necessary forms to be filled out to become social worker. Dated July 18, 1987
   l.   Letter from Great Oaks Joint Vocational School District in regards to job application, postmarked November 24, 1986
   m.   Letter from Straight in regards to job application, dated June 18, 1987 (2 copies, one original and one copy)
   n.   Letter from Jones to Great Oaks Joint Vocational School concerning employment,  dated December 3, 1986
   o.   Letter from Alcoholism Council of the Cincinnati Area regarding job application,  dated June 23, 1987
   p.   Letter from Department of Youth Services regarding job application, dated November 25, 1986 (2 copies, one original and one copy)

q.    Piece of paper torn from a legal pad with handwritten notes and numbers written on both sides

r.    Letter from Clermont County Council on Alcoholism and Drug Abuse in regards to job application, dated December 17, 1986

s.    Invoice and credit brochure from Value City Furniture, dated March 5, 1993

t.    Receipt of payment to McAlpins, January 13, 1992

u.    Letter from the Children's Home regarding job application, dated November 26, 1986 (2 copies, one original and one copy)

167.    Letter from Jones to The Children's Home concerning employment, dated December 3, 1986

168.    Letter from Jones to Department of Youth Services concerning employment, dated December 3, 1986

169.    Resume of Jones (2 pages)

170.    Letter from Santa Maria Community Services in regard to job application, dated July 8, 1987 (2 copies)

171.    White piece of paper with word RESUME typed in middle of it

172.    Letter from Friars Club in regards to job application, dated November 25, 1986 (2 copies, one original and one copy)

173.    Birthday card

174.    Envelope with Butch written on front

175.    File folder stickers

176.    Letter from Cancer Family Care regarding job application, dated January 23, 1987

177.    Charter from the Universal Life Church

178.    Letter from Jones to Chemical Dependency Treatment Program concerning employment, dated November 17, 1986

179.    Letter from Fort Hamilton Hughes in regards to job application, dated May 18, 1987 (2 copies)

180.    Letter from St. Joseph Orphanage in regards to job application, dated June 16, 1987 (2 copies)

181.    Letter from Mental Health Services East in regards to job application, dated November 1, 1988

182.    Exceptional Service Report for assisting an injured officer, dated (received date) October 20, 1986

183.    Envelope from CG&E ULH&P LG Energy Service

184.    Handwritten notes written on Embassy Suites paper

185.    Copy of W-2 from 1973

186.    Birthday card

187.    Envelope

188.    Letter from Straight regarding job application, dated January 14, 1987

189.    Letter from The Children's Home in regards to job application, dated May 22, 1987

190.    Ohio Bureau of Employment Services voucher dated July 9, 1990

191.    Large yellow mailing envelope from United States District Court.  Back appears

to have been opened and resealed (and initialed) by clerks office. No postmark.

    a.    Typed list of assistance places such as food, education, employment

    b.    Receipt and photocopy for a money order to the IRS, dated June 22, 1992

    c.    Collection Information Statement dated May 14, 1992

    d.    Letter from the IRS dated April 20, 1992

    e.    "Embassy Suites Employee Reservation Request to Stay at Embassy Suites" dated January 30, 1994, handwritten notes on back

    f.    Blank phone message slip, handwritten notes on back

    g.    Letter from Alcoholism Council in regards to job application, dated June 23, 1987

    h.    Marriage Certificate (portion filled out with joke names)

    I.    Letter from Jones seeking employment to unknown, not dated

    j.    Blank application for Residency at Talbert House for Men

    k.    IRS form problem with name and social security number

    l.    Handwritten notes made on paper with heading Team Benchmark

    m.    Time and Attendance log for Jones from July 21, 1993- August 4, 1993

    n.    Application for Employment dated November 20, 1990 (2 copies)

    o.    Business card from The Provident Bank

    p.    Atlas for Cincinnati

192.    Partial piece of paper with handwritten notes on the Rules Governing Barbers

193.    Flyer for The Surplus Clothes Co

194.    Flyer for Alcohol Awareness Training, handwritten notes made on back

195.    Envelope addressed to Jones from Mallary, postmarked November 18, 1992

196.    Envelope addressed to Pam Young from Kari Weaver, postmarked January 29, 1993. Thank you letter from an interviewee for the assistant banquet manager at Embassy Suites

197.    Yellow legal pad paper with list of addresses

198.    Auto maintenance folder, blank on outside. Inside contains:

    a.    Envelope to a video customer service center

    b.    Two collection notices from Columbia House, dated March 20, 1992 and May 15, 1992

    c.    Envelope from Ohio Bureau of Motor Vehicles

    d.    Envelope from IRS

    e.    Payment to energy service company

    f.    Birthday card with envelope,

    g.    Envelope to Ohio Bureau of Motor Vehicles)

199.    Envelope from IRS

200.    Vehicle registration expiration notice

201.    Payment stub from Ridge

202.    Funeral Service card

203.    Affidavit and attachments for GED, dated March 16, 1989 (two copies of affidavit)

204.    Small card envelope

205.    Pay stub for Nesbitt Hospitality Group dated April 25, 1993

206.  Pay stub for Nesbitt Hospitality Group dated May 9, 1993
207.  Pay stub for Nesbitt Hospitality Group dated July 18, 1993
208.  Copy of receipt from BP Oil
209.  Letter from Ohio Central School System regarding necessary minimum hours for barber certificate, dated November 3, 1989
210.  Photocopy of GED results
211.  Dark brown folder, empty
212.  Resume, page 2
213.  Funeral service program
214.  Press pass for Universal Life Press
215.  Copy of poem, "Heaven's Grocery Store"
216.  Large yellow mailing envelope from Universal Life Church, postmarked January 23, 1984, inside is a piece of cardboard
217.  Claimant's Statement concerning termination of employment with Rent-A-Center
218.  Slip of paper from Lisa Dietz
219.  Copy of Jones' birth certificate (2 copies)
220.  Phone message to Jim dated June 29, 1992
221.  Handwritten notes, nursing home information
222.  Letter from the IRS dated June 26, 1992
223.  Envelope from IRS, form information about notice, penalty, and interest. Return envelope, no postmark
224.  Return envelope to IRS
225.  Columbia House flyer
226.  Bud Lite Cincinnati Reds Schedule for 1993
227.  Envelope addressed to "The one and only Butch", card inside
228.  Torn envelope with handwritten notes
229.  Envelope, no return information, postmarked March 18,1993
230.  Business card to Cellular One
231.  Torn envelope from Lane Bryant, handwritten notes on back
232.  Pay stub from Tower Place Garage dated January 28, 1992
233.  Pay stub from Tower Place Garage dated January 28,1992 with handwritten notes on back
234.  Receipt from Auto Parts Warehouse Outlet dated December 30,1991
235.  Talbert House Application, filled out February 18,1992
236.  Receipt from Shell April 27,1993
237.  Piece of paper from Embassy, blank on front, phone number on back
238.  Information from Adult Parole Authority, May 29, 1990
239.  Envelope from Bureau of Workers Comp, postmarked May 3,1991. Handwritten notes made on front and back.
    a.  yellow Post- It with information for a grounds person
    b.  small blank piece of paper
    c.  piece of paper with phone numbers
    d.  return envelope for energy company
240.  Cincinnati Bell telephone bill, dated December 20, 1991

241.  Purchasers Copy for MCI, dated December 29,1991
242.  Torn piece of pink paper with phone number written on it
243.  Purchasers Copy, dated December 29, 1991
244.  Receipt from Huntington Bank
245.  Purchasers Copy, dated November 27,1991
246.  Torn brown piece of paper with phone numbers written on it
247.  Bill from Cincinnati Gas and Electric Company dated December 16, 1991
248.  Receipt from Cincinnati Bell dated February 7,1992
249.  Receipt for personal money order, dated January 29,1992
250.  Receipt from Energy Company, dated January 3,1992
251.  Envelope with notes made on both sides
252.  Receipt from Tellerific, dated January 2, 1992
253.  Choose life card/calendar for 1991
254.  Bill from Cincinnati Bell, dated December 20,1991
255.  Reminder card from Payday Auto Center
256.  Letter from Mike Albert Leasing
257.  Receipt from BP Oil, dated July 26,1993
258.  Receipt from Money Station, dated December 21,1991
259.  Employee statement of earnings, dated March 13,1994
260.  Handwritten notes on Embassy Suites paper
261.  Embassy Suites torn matchbook cover with phone number on the back
262.  Envelope from City of Cincinnati, postmarked April 6,1993
263.  Seamripper
264.  Slip with reminder to apply for 2 jobs a week
265.  Blank deposit slip from Provident Bank
266.  Receipt from Super X
267.  Pen

s/ *Michael R. Merz*
Chief United States Magistrate Judge