UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ELWOOD H. JONES**

      Petitioner,               Case No. 01-CV-564

      v.                           JUDGE ROSE

**MARGARET A. BAGLEY, Warden**      MAGISTRATE JUDGE MERZ

      Respondent.

### RESPONDENT'S OPPOSITION TO ELWOOD H. JONES'S MOTION TO AMEND PETITION (DKT. 15) ON GROUNDS OF EXHAUSTION

      Respondent opposes Jones's motion to amend his petition. In his motion (R. 142), Jones seeks to add a claim which he has not exhausted in the State courts. This Court may not grant a petition based on an unexhausted claim. 28 U.S.C. § 28 U.S.C. 2254(b)(1)(A). Further, State corrective process is available to Jones to exhaust his claim in the State courts, i.e., in the form of a successive post-conviction petition or a motion for a new trial. 28 U.S.C. § 2254(b)(1)(B). Even though this Court may not *grant* a petition based on an unexhausted claim, it is welcome to *deny* a petition based on an unexhausted claim which lacks merit. 28 U.S.C. § 2254(b)(2). While Respondent does not waive the exhaustion requirement, she submits that this Court may deny Jones's petition notwithstanding the unexhausted claim which Jones seeks to add to his petition. *See* Motion (R. 142).

      For the above reasons, Respondent respectfully requests that this Court deny Jones's motion to amend his petition.

        Respectfully submitted,

        MARC DANN
        Ohio Attorney General

        s/Sarah A. Hadacek
        **SARAH A. HADACEK* (0080621)**
          *Lead and Trial Counsel*
        Assistant Attorney General
        **STEPHEN E. MAHER (0032279)**
        Assistant Attorney General
        Capital Crimes Unit
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215
        (614) 728-7055; Fax (614) 728-8600
        Emails:  shadacek@ag.state.oh.us
                  smaher@ag.state.oh.us

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Respondent's Opposition to Elwood H. Jones's Motion to Amend Petition (Dkt. 15) on Grounds of Exhaustion* was delivered via the court's electronic filing system this 14th day of November 2007 to counsel for petitioner.

| | |
|---|---|
| David Bodiker, Esq.<br>Ohio Public Defender's Office<br>8 East Long Street, 11th Floor<br>Columbus, Ohio 43215<br>(614) 466-5394<br>Email: bodiker@opd.state.oh.us | Gary W. Crim, Esq.<br>943 Manhattan Avenue<br>Dayton, Ohio 45406-5141<br>(937) 276-5770<br>Email: gwcrim@ameritech.net |
| Michael L. Monta, Esq.<br>Monta & Monta<br>3625 Old Salem Road<br>Dayton, Ohio 45415<br>(937) 890-6921<br>Email: Zbeard7@aol.com | |

        s/Sarah A. Hadacek
        **SARAH A. HADACEK (0080621)**