INDEX TO
EVIDENTIARY HEARING TRANSCRIPTS
ATTORNEY JULIUS SANKS
SEPTEMBER 24, 2007
DIRECT EXAMINATION: PAGES 67-144
CROSS EXAMINATION: PAGES 144-171

**KNEW HIS OWN LIMITATIONS REGARDING THE EIKENELLA ISSUE**

- AGREES PRIOR TO TRIAL HE KNEW THE PROSECTION WOULD BE CALLING DR. MCDONOUGH, JONES'S TREATING PHYSICIAN……………………………………………………………145, LINES 4-7

- AGREES PRIOR TO TRIAL HE KNEW DR. MCDONOUGH WAS GOING TO TESTIFY ABOUT HIS FINDINGS CONCERNING A WOUND ON JONES'S HAND INCLUDING EIKENELLA BACTERIA………………………………………………145, LINES 8-13

- TOOK STEPS TO FAMILIARIZE HIMSELF WITH EIKENELLA BACTERIA, INCLUDING LOOKING IT UP IN THE MEDICAL DICTIONARY, THE MEDICAL ENCYCLOPEDIA AND THE LAWYER'S ENCYCLOPEDIA………......................................................125, LINES 6-10

- AS A RESULT OF HIS RESEARCH, HE DECIDED THE DEFENSE NEEDED AN EXPERT TO CONSULT WITH ON THE ISSUE OF EIKENELLA BACTERIA……………………………………………………….122, LINES 3-4
  125, LINES 10-13

- AGREES HE UNDERSTOOD HIS OWN LIMITATIONS ON THE SUBJECT OF EIKENELLA BACTERIA……………………………………145, LINES 20-23

**EFFECTIVELY ARGUED FOR THE EMPLOYMENT OF DR. SOLOMKIN**

- CALLED THE UNIVERSITY OF CINCINNATI TO FIND OUT WHO WAS KNOWLEDGABLE IN THE AREA OF EIKENELLA BACTERIA…………………………………………....121, LINE 25

   122, LINES 1-3

   125, LINES12-13

- THE UNIVERSITY REFERRED HIM TO

  DR. JOSEPH SOLOMKIN………………………………………………………...122, LINES 6-7

     126, LINES 2-4

- KNEW DR. SOLOMKIN WAS TOUTED AS AN

  EXPERT IN THE AREA OF INFECTIOUS DISEASES…………………………………127, LINES 15-23

- INITIALLY CONTACTED DR. SOLOMKIN SEVERAL MONTHS

  PRIOR TO TRIAL……………………………………………………………………126, LINES 24-25

     127, LINES 1-4

- AGREES, FOLLOWING THEIR INITIAL CONVERSATION,

  HE FILED A MOTION WITH THE HAMILTON COUNTY

  COURT OF COMMON PLEAS TO EMPLOY

  DR. SOLOMKIN……………………………………………………………………..147, LINES 13-16

- AGREES HE ARGUED THE MOTION IN

  OPEN COURT…………………………………………………………………...147, LINES 22-25

     148, LINES 1-3

- AGREES THE COURT GRANTED HIS MOTION

  FOR THE EMPLOYMENT OF DR. SOLOMKIN……………………………………..148, LINES 10-14

- AGREES GRANTING THE MOTION WAS WITHIN

  THE JUDGE'S DISCRETION………………………………………………………….148, LINES 15-18

**PREPARED DR. SOLOMKIN THE BEST HE COULD**

- AGREES HE LEARNED DR. SOLOMKIN COULD NOT TESTIFY

  AT THE TRIAL, AS SOLOMKIN WAS GOING TO BE OUT

  OF TOWN……………………………………………………………………………150, LINES 5-8

- AGREES HE WOULD HAVE PREFERRED TO HAVE

  DR. SOLOMKIN TESTIFY LIVE IN COURT………………………………………...150, LINES 2-4

- AGREES HE MOTIONED THE COURT FOR DR. SOLOMKIN'S DEPOSITION AND THE COURT ORDERED IT……………………………………………………………..150, LINES 9-14

- AGREES HE GAVE DR. SOLOMKIN MEDICAL RECORDS AND PHOTOGRAPHS OF JONES'S HAND INJURY TO REVIEW PRIOR TO SOLOMKIN'S DEPOSITION……………………………………………..151, LINES 17-23
  156, LINES 3-12

- AGREES, HAD DR. MCDONOUGH'S TESTIMONY BEEN AVAILABLE PRIOR TO DR. SOLOMKIN'S DEPOSITION, HE WOULD HAVE GIVEN MCDONOUGH'S TESTIMONY TO SOLOMKIN TO REVIEW………………………………………………….……151, LINES 13-16

- AGREES HE LOOKED TO DR. SOLOMKIN TO EDUCATE HIM ON THE SUBJECT OF EIKENELLA BACTERIA………………………………...156, LINES 23-25

- AGREES DR. SOLOMKIN AT NO TIME TOLD HIM HE WAS DISAPPOINTED IN HIS UNFAMILIARITY WITH THE EIKENELLA ISSUE………………………………………………………….……156, LINES 13-17

**PRIOR TO TRIAL, KNEW THE PENDANT LOOKED LIKE THE ONE PICTURED IN PHOTOGRAPHS OBTAINED BY THE PROSECUTION**

- AGREES PRIOR TO TRIAL HE VIEWED THE PENDANT (STATE'S EXHIBIT 3) AND HANDLED IT………………………………………………..158, LINES 13-15

- AGREES PRIOR TO TRIAL HE VIEWED THE PHOTO OF THE VICTIM, RHODA NATHAN, WEARING A PENDANT (STATE'S EXHIBIT 1)……………………………………...159, LINES 3-11

- AGREES THE PENDANT (STATE'S EXHIBIT 3) LOOKS LIKE THE PENDANT THE VICTIM, RHODA NATHAN, IS WEARING IN THE PHOTO (STATE'S EXHIBIT 1)………………………………...159, LINES 12-25

160, LINES 1-2

- AGREES PRIOR TO TRIAL HE VIEWED THE PHOTO OF A PENDANT INSIDE JONES'S TOOLBOX (STATE'S EXHIBIT 36)……………………..162, LINES 3-19

- AGREES PRIOR TO TRIAL HE KNEW THE PROSECUTION REPRESENTED THE PENDANT WAS FOUND IN JONES'S TOOLBOX BY THE BLUE ASH POLICE DEPARTMENT……………………………162, LINES 20-23

- AGREES THE PHOTO OF THE PENDANT IN JONES'S TOOLBOX (STATE'S EXHIBIT 36) LOOKS LIKE THE PENDANT THE VICTIM, RHODA NATHAN, IS WEARING IN THE PHOTO (STATE'S EXHIBIT 1)……………………………………163, LINES 2-9

**WANTED THE JURY TO THINK THE PENDANT BELONGED TO RHODA**

- AGREES HIS CO-COUNSEL, ATTORNEY ADAMS, SUGGESTED TO THE JURY DURING HER CLOSING ARGUMENT THE BLUE ASH POLICE MAY HAVE PLANTED THE PENDANT……………………………………………………………165, LINES 2-6

- AGREES HE BELIEVED THE PENDANT FOUND IN JONES'S TOOLBOX BELONGED TO THE VICTIM, RHODA NATHAN……………………….165, LINES 14-16

**WOULD NOT HAVE CALLED THE VICTIM'S SON, VALENTINE NATHAN, AT TRIAL IF HE SAID HIS MOTHER'S PENDANT WAS ONE OF A KIND**

- AGREES A DESCRIPTION OF A TANGIBLE OBJECT IS DIFFERENT THAN AN IDENTIFICATION……...…………………………………166, LINES 6-13

- AGREES HE KNEW ABOUT THE INCONSISTENT DESCRIPTIONS IN THE SEARCH WARRANT……………………………….......166, LINES 14-17

- AGREES HE WOULD HAVE HAD HIS INVESTIGATOR BRING A PICTURE OF THE PENDANT WITH HIM TO NEW YORK…………………………………………………………………...167, LINES 8-10

- 5 -

- CAN ONLY SPECULATE WHETHER HE WOULD HAVE CALLED THE VICTIM'S SON, VALENTINE NATHAN, AT TRIAL………………………………………………………………….167, LINES 11-17

    168, LINES 14-25

    169, LINES 1-6

- AGREES HE WOULD NOT HAVE CALLED VALENTINE NATHAN AT TRIAL IF HE SAID PRIOR TO TRIAL HIS MOTHER'S PENDANT WAS ONE OF A KIND……………………………………….171, LINES 6-9