UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Elwood Jones, | : | |
| | : | CASE NO. 1:01-cv-00564 |
| Petitioner, | : | |
| | : | Judge Thomas M. Rose |
| vs. | : | |
| | : | Magistrate Judge Michael R. Merz |
| Margaret Bagley, Warden, | : | |
| | : | |
| Respondent. | : | |

---

**NOTICE OF TERMINATION OF OHIO PUBLIC DEFENDER
DAVID H. BODIKER AS COUNSEL**

---

The Ohio Public Defender hereby gives notice that it no longer represents Petitioner in his habeas corpus case before this Court and the appearance of David M. Bodiker and the Office of the Ohio Public Defender should thus be terminated.

Respectfully submitted,

OFFICE OF THE
OHIO PUBLIC DEFENDER


By: /s/Gregory W. Meyers
GREGORY W. MEYERS (#0014887)
Senior Assistant Public Defender

8 East Long Street, 11th Floor
Columbus, Ohio 43215
(614) 644-1549
Fax: (614) 728-3670

COUNSEL FOR PETITIONER

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this 14th day of February 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

By: /s/Gregory W. Meyers
GREGORY W. MEYERS (#0014887)
Senior Assistant Public Defender

COUNSEL FOR PETITIONER

272523