IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


ELWOOD H. JONES, JR.,
       :
    Petitioner,                                       Case No. 1:01-cv-564

       :       District Judge Thomas M. Rose
   -vs-                                            Chief Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,
       :
    Respondent.

---

**DECISION AND ORDER STRIKING *PRO SE* MOTION TO CORRECT THE RECORD**

---

       This case is before the Court on Petitioner's *Pro Se* Motion to Correct the Record. (Doc. No. 154.) In it, he purports to clarify for the Court statements made by Demetrius Williams and Norman Ryan on September 3, 1994, to Detective Ladd regarding two individuals, one of whom was carrying a walkie-talkie. Petitioner has brought these statements to the Court's attention on prior occasions, including his evidentiary hearing of September 25, 2007, Motion to Amend Petition (Doc. No. 142), and in Petitioner's Pro Se Motion to Supplement the Record (Doc. No. 80.)

       For the reasons set forth by this Court in its Decision and Order Striking Pro Se Motion to Supplement the Record (Doc. No. 81), the instant Motion is STRICKEN without prejudice to refiling any of the substantive content with the signature of counsel.

May 30, 2008.

                                                                         s/ **Michael R. Merz**
                                                            Chief United States Magistrate Judge