# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELWOOD H. JONES, JR.,

:

    Petitioner,  Case No. 1:01-cv-564

    -vs-  :   District Judge Thomas M. Rose
        Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden,

:

    Respondent.

## BRIEFING SCHEDULE FOR CERTIFICATE OF APPEALABILITY

Petitioner having appealed from the final judgment of this Court, it is hereby ORDERED that he move for the required certificate of appealability for such an appeal not later than April 15, 2010.

March 19, 2010.

                                                        s/ **Michael R. Merz**
                                                      United States Magistrate Judge